Rocky K. Copley, Esq.; SBN 101628
LAW OFFICE OF ROCKY K. COPLEY
550 West C Street, Suite 1150
San Diego, California 92101
Tel (619) 232-3131; Fax (619) 232-1690

Sterling J. Stires, Esq.; SBN 199218
LAW OFFICES OF CHARLES S. LIMANDRI, APC
P.O. Box 9120
Rancho Santa Fe, CA 92067
Tel (858) 759-9930; Fax (858) 759-9938

Attorney for Plaintiffs MISSION BAY JET SPORTS, LLC and ROBERT ADAMSON, individually and dba MISSION BAY JET SPORTS

FILED
2008 JAN 24 PM 2:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____KNX_____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC, A CALIFORNIA LIMITED LIABILITY CORPORATION; AND ROBERT ADAMSON, INDIVIDUALLY AND DOING BUSINESS AS MISSION BAY JET SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY. | In Admiralty  '08 CV 0146 JM CAB<br><br>Civil Complaint No.<br><br>**COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY BY MISSION BAY JET SPORTS, LLC AND ROBERT ADAMSON, INDIVIDUALLY AND DOING BUSINESS AS MISSION BAY JET SPORTS**<br><br>[46 USCA 30505 *et seq.*] |

Plaintiffs MISSION BAY JET SPORTS, LLC, a California limited liability corporation, and ROBERT ADAMSON, individually and doing business as (dba) MISSION BAY JET SPORTS, by and through their attorneys, for their complaint in admiralty, allege on information and belief a cause of action for exoneration from or a limitation of liability, civil and maritime, within Rule 9(h) of the Federal Rules of Civil Procedure and Rule F of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure (hereinafter referred to as the "Supplemental Admiralty Rules"), as follows:

### JURISDICTION

1.   This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears, based upon the facts described herein. The complaint herein sets forth an admiralty and

1

maritime claim within the meaning of Federal Rule of Civil Procedure 9(h) and the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

## VENUE

2. Plaintiff ROBERT ADAMSON is the owner and operator of a jet ski business which sells and rents jet skis. ROBERT ADAMSON was doing business under the fictitious business name of MISSION BAY JET SPORTS at the time of the hereinafter described subject accident. Since the date of the subject accident, ROBERT ADAMSON formed a limited liability corporation for his jet ski sales and rental business which is known as MISSION BAY JET SPORTS, LLC. All of the assets of his jet ski sales and rental business under his fictitious business name were used as assets of MISSION BAY JET SPORTS, LLC. The jet ski sales and rental operation is located in the County of San Diego. The hereinafter described incident involved a 2007 Bombardier jet ski which is an asset of MISSION BAY JET SPORTS, LLC, and is usually stored at the plaintiffs' place of business which is located in San Diego County. Approximately one month after the hereinafter described incident giving rise to alleged injuries to Haley Colombo, a minor, and Jessica Slagel, a minor, the subject jet ski was seized by law enforcement agencies and delivered into the possession of the District Attorney's Office located in San Diego County. The District Attorney's Office continues to maintain custody and control over the jet ski (hereinafter referred to as the "Jet Ski" and/or "Vessel").

3. The hereinafter described incident occurred in Mission Bay in San Diego County near the south Pacific passage personal water craft area. Therefore, this action is properly filed in this venue.

## GENERAL ALLEGATIONS UNDER LIMITATION OF LIABILITY ACT

4. Plaintiff ROBERT ADAMSON (also known as BOB ADAMSON), is the registered owner of the above-described Jet Ski. The Jet Ski is made by Bombardier and is generally referred to as a Sea-Doo jet ski. Its CF number is CF8326RM and its vehicle hull number is YDV09441C707. ROBERT ADAMSON was formerly operating his jet ski sales and rental operation under the fictitious business name of MISSION BAY JET SPORTS. Since the occurrence of the subject accident, ROBERT ADAMSON formed a limited liability corporation for his jet ski

2

1  sales and rental operation and it is currently operating as MISSION BAY JET SPORTS, LLC.
2  ROBERT ADAMSON is the sole shareholder of MISSION BAY JET SPORTS, LLC, a limited
3  liability corporation under the laws of the State of California. Therefore, at all material times to this
4  action, plaintiffs were the owners and principal operators of the jet ski rental and sales operation and
5  may bring this action pursuant to this court's admiralty jurisdiction. A true and correct copy of the
6  Certificate of Ownership is attached hereto as Exhibit "A". At all times material to this action, and
7  currently at this time, the Jet Ski was, and is, a pleasure craft that is 10 feet 1 inch in length and was
8  offered for sale and rental by and through the plaintiffs.

9          5.      The plaintiffs had, prior to the accident described herein, and at all material
10 times, exercised due diligence to insure said Jet Ski was seaworthy, and the Vessel was at all
11 material times, including the date of the subject accident hereinafter described, staunch, tight, strong,
12 fully and properly manned, equipped and supplied, and in all respects seaworthy and fit for the
13 service in which the Vessel was engaged.

14         6.      On or about July 29, 2007, at approximately 6:45 p.m., Brett Kohl, an
15 individual who on that date was employed by MISSION BAY JET SPORTS, was contacted by his
16 roommate and requested to provide a jet ski for the use and pleasure of his roommate, his
17 roommate's girlfriend, and her friends, Haley Colombo and Jessica Slagel.

18         7.      Brett Kohl, without the knowledge or consent of the plaintiffs, removed a jet
19 ski from the premises of MISSION BAY JET SPORTS and drove it to an area where he met his
20 roommate, Haley Colombo and Jessica Slagel and others. At said time, Brett Kohl gave a ride on
21 the Jet Ski to Haley Colombo and Jessica Slagel.

22         8.      Brett Kohl had been trained in the proper and safe operation of a jet ski as a
23 part of his employment. At no time prior to the hereinafter described accident did Brett Kohl ever
24 show any signs of violating the instructions and training that were given to him by his employer with
25 regards to the safe operation of jet skis.

26         9.      Haley Colombo and Jessica Slagel have alleged that on July 29, 2007, at the
27 time of the subject accident, Brett Kohl was driving the Jet Ski in tight circles at a speed of
28 approximately 25 m.p.h., which caused Haley Colombo and Jessica Slagel to fall off of the Jet Ski.

Haley Colombo and Jessica Slagel have further alleged that thereafter, Brett Kohl promised them that he would not drive fast in tight circles. Therefore, Haley Colombo and Jessica Slagel climbed back onto the Jet Ski. At that time, Haley Colombo and Jessica Slagel have alleged that Brett Kohl continued to drive in tight circles in excess of 25 m.p.h. and as a result of that conduct, they fell off of the Jet Ski a second occasion and suffered various bodily injuries.

10. On the date of the subject accident, Brett Kohl was employed by MISSION BAY JET SPORTS.

11. At all material times, the Jet Ski was in the navigable waters of Mission Bay which is located in San Diego, California.

12. The subject accident above-described, and the alleged damages and losses resulting therefrom, were not caused by any negligence or fault of plaintiffs MISSION BAY JET SPORTS, LLC or ROBERT ADAMSON, individually and dba MISSION BAY JET SPORTS, but were caused by the fault of Haley Colombo and Jessica Slagel and/or others, or simply caused as a result of the consequence of the normal and ordinary risks associated with the recreational sport of riding on a jet ski.

13. The subject accident, as described in this complaint, and the damages and losses resulting therefrom, or otherwise arising out of the operation of the Jet Ski, were occasioned and incurred without the privity or knowledge of the plaintiffs, or of anyone whose privity or knowledge is imputable to the plaintiffs.

14. At the time of the subject accident, the Vessel was a used jet ski and had a value of $6,005.

15. Haley Colombo and Jessica Slagel, within a time period of less than six months from the filing of this lawsuit, have made a demand for damages against plaintiffs MISSION BAY JET SPORTS, LLC and ROBERT ADAMSON, individually and dba MISSION BAY JET SPORTS.

16. There are no other demands, unsatisfied liens or claims of liens against the Jet Ski or any suits pending in connection therewith other than a lawsuit filed by by Haley Colombo and Jessica Slagel against MISSION BAY JET SPORTS, LLC and ROBERT ADAMSON,

individually and dba MISSION BAY JET SPORTS, as well as Brett Kohl. The lawsuit is currently pending in the Superior Court for the County of San Diego in a case known as *Haley Colombo, by and through her guardian ad litem Sam Colombo; Jessica Slagel, by and through her guardian ad litem Joy Slagel, v. Brett Kohl, et al.*, Case No. 37-2007-00077350-CU-PO-CTL. Plaintiffs are informed and believe, and thereupon allege, that the amount of the claims by Haley Colombo and Jessica Slagel may exceed the value of the Vessel at the time of the subject accident.

17. Without waiving any defenses they may have, plaintiffs MISSION BAY JET SPORTS, LLC, and ROBERT ADAMSON, individually and dba MISSION BAY JET SPORTS, as owners and operators of the jet ski business of which this Jet Ski was an asset of said business and which was used as a rental jet ski, and ROBERT ADAMSON, as the registered owner of the Jet Ski, hereby claim exemption and exoneration from liability for any and all losses or damages of any kind incurred by or resulting from the aforesaid subject accident or otherwise arising out of the operation of the Jet Ski by Brett Kohl, and plaintiffs allege that they have valid defenses thereto in fact and in law. Plaintiffs further claim the benefits of the limitation of liability provided by the Shipowners Limitation Liability Act, 46 USCA 30505 *et seq.*, and to that end, the plaintiffs are willing to proceed according to law and pursuant to the Federal Rules of Civil Procedure as made applicable to admiralty and maritime cases.

18. Subject to an appraisal of the plaintiffs' interests on a reference by order of the court, and pursuant to the Supplemental Admirably Rules, plaintiffs offer an *ad interim* stipulation for the value of the sum of $6,005, said sum being the Blue Book retail value of the plaintiffs' interests in the Vessel at the time of the accident.

19. This complaint is filed within six months after notice was first received by the plaintiffs that Haley Colombo and Jessica Slagel intended on seeking damages from the plaintiffs, and no other written notices or claim for damages have been given to the plaintiffs by anyone at any time more than six months prior to the filing of this complaint.

20. Plaintiffs reserve the right to supplement and amend the allegations of this complaint when all of the facts surrounding the complaint are known.

///

WHEREFORE, plaintiffs MISSION BAY JET SPORTS, LLC and ROBERT ADAMSON, individually and dba MISSION BAY JET SPORTS, pray as follows:

1. That the court cause due appraisement to be made of the amount or value of the plaintiffs' interest in the Jet Ski vessel, at the conclusion of the voyage upon which the said Vessel was engaged at the time of the accident;

2. That this court enter an order directing the issuance of a monition against all persons and/or entities claiming damages for any and all losses or damages occasioned or incurred by or in any way resulting from the subject accident or arising therefrom or otherwise arising out of the operations in which the Jet Ski vessel was then engaged, or otherwise asserting any claim with respect to which the plaintiffs seek exoneration from or limitation of liability herein, admonishing them to appear and file their respective claims with the clerk of this court and to serve on or mail copies thereof to the attorneys for the plaintiffs herein named on or before the date to be specified in said monition, and to make due proof of their respective claims, and further to file their respective answers, if any, to the allegations of this complaint on or before the date to be specified in said monition, all as provided by law and by the Federal Rules of Civil Procedure as made applicable to admiralty and maritime cases;

3. That notice of said monition, in the form and manner prescribed by Supplemental Rule F(4) of the Federal Rules of Civil Procedure as made applicable to admiralty and maritime cases, be published in such newspapers as the court may direct or as may otherwise be specified by the rules of this court for legal publication once a week for at least four consecutive weeks prior to the date specified in said monition for the filing of claims herein.

4. That this court issue an injunction restraining the further prosecution of any and all suits, actions and proceedings which may have already commenced against the plaintiffs in any court whatsoever to recover damages for any and all losses or damage occasioned or incurred by or in any way resulting from the subject accident or in any way a result therefrom, or otherwise arising out of the operations in which the Jet Ski vessel was then engaged, and restraining the commencement or prosecution thereafter of any suit, action or legal proceeding of any nature or description, except in the present proceeding, against the plaintiffs, its officers, agents, servants or

COMPLAINT FOR EXONERATION FROM OR FOR LIMITATION OF LIABILITY

employees, in respect of any claim or claims arising out of the subject accident or in any way resulting therefrom or otherwise arising out of the operations in which it was then engaged, or otherwise subject to limitation in this proceeding. Said injunction shall include but is not limited to the lawsuit currently pending in the San Diego County Superior Court known as *Haley Colombo, by and through her guardian ad litem Sam Colombo; Jessica Slagel, by and through her guardian ad litem Joy Slagel, v. Brett Kohl, et al.*, Case No. 37-2007-00077350-CU-PO-CTL.

5. That this court in this proceeding will adjudge that plaintiffs MISSION BAY JET SPORTS, LLC and ROBERT ADAMSON (also known as BOB ADAMSON), individually and dba MISSION BAY JET SPORTS, are not liable to any extent for any losses or damages or for any claim or claims in any way whatsoever arising out of or resulting from the above-described subject accident or otherwise arising out of the operations of the Jet Ski vessel which was then engaged, or if the plaintiffs shall be adjudged liable in any respect, then that their liability be limited to the amount or value of their interest in the Vessel at the conclusion of the voyage upon which said Vessel was engaged at the time of the subject accident, and that any monies decreed to be paid shall be divided per rata amongst such claimants as may duly prove their claims in such manner as may be determined by this court, saving to all parties any priorities to which they may be legally entitled, and that a decree may thereupon be entered discharging the plaintiffs from all further liabilities; and

6. That the plaintiffs may have such other and further relief as the court may deem just and proper in these proceedings and that plaintiffs be awarded their costs of suit incurred herein.

DATED: 1/24/08

LAW OFFICE OF ROCKY K. COPLEY

By: /s/ Rocky K. Copley
Rocky K. Copley, Sterling J. Stires
Attorney for Plaintiffs MISSION BAY JET SPORTS, LLC and ROBERT ADAMSON, individually and dba MISSION BAY JET SPORTS

7

**COMPLAINT FOR EXONERATION FROM OR FOR LIMITATION OF LIABILITY**

**EXHIBIT A**

**B. NEW OWNER'S ADDRESS**     APT NUMBER

**C. CITY**    STATE    ZIP CODE     **D. DATE OF SALE OR LEASE RETURN** MO. DAY YR.

**E. SELLER'S OR LESSEE'S** LAST NAME (OR) COMPANY NAME    FIRST     **F. SELLING PRICE (NO CENTS)** WHOLE DOLLARS

**G. SELLER'S OR LESSEE'S ADDRESS**    APT NUMBER    **H. SELLER'S OR LESSEE'S SIGNATURE** X

**I. CITY**    STATE    ZIP CODE

VESSEL HULL NUMBER     YR. MODEL   BUILDER    CF NUMBER

YDV09441C707     2007 BOMBARDIE   CF 8326 RM

REG 138B (REV. 10/2004)

---

## STATE OF CALIFORNIA

### CERTIFICATE OF OWNERSHIP

18007072816

| VESSEL HULL NUMBER | YR MODEL | BUILDER | CF NUMBER |
|---|---|---|---|
| YDV09441C707 | 2007 | BOMBARDIE | CF 8326 RM |

| VESSEL USE | FUEL | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|
| PLEASURE | G | $29 | 12/31/2009 |

| VESSEL YR BUILT | VESSEL LENGTH FT / IN | TYPE VSL / HULL MATL / PROP | DATE OF PURCHASE | CLASS / MO | EQUIPMENT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|---|
| 2007 | 010 01 | R P J | 06/22/2007 | BQ NV | | 08/09/07 |

UNDOCUMENTED VESSEL

**REGISTERED OWNER(S)**

ADAMSON BOB
5370 NAPA
SAN DIEGO CA 92110

I certify under penalty of perjury under the laws of the State of California, that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VESSEL.

1a. _____ DATE _____ X _____ SIGNATURE OF REGISTERED OWNER

1b. _____ DATE _____ X _____ SIGNATURE OF REGISTERED OWNER

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X _____
Signature releases interest in vessel.
(Company names must be countersigned)
Release Date _____

BT02404255
000121    REG.17.31 (REV. 10/03)

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.

| ESSEX INSURANCE COMPANY | | SUNTRUST | |
| --- | --- | --- | --- |
| CLAIM ACCOUNT | | SunTrust Bank | 64-79/611 |
| P.O. BOX 2010 | | | |
| GLEN ALLEN, VA 23058-2010 | | | |

| CLAIM NO. | CHECK NO. | DATE | PAY THIS AMOUNT |
| --- | --- | --- | --- |
| C013726 | 00216770 | 01/18/2008 | ******$6,005.00 |

PAY THE SUM OF SIX THOUSAND FIVE DOLLARS AND 00 CENTS******

Pay to the order of: Clerk of the U.S. District Court for the Southern District of California

CDA Number 2008825836

[Signature]
VICE CHAIRMAN

⑈216770⑈ ⑆061100790⑆ 200825836⑈

JS 44 (Rev. 11/04)                          **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Mission Bay Jet Sports, a California limited liability corporation; and Robert Adamson, an individual | N/A - COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY |
| (b) County of Residence of First Listed Plaintiff  San Diego<br>(EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |
| (c) Attorney's (Firm Name, Address, and Telephone Number)<br>Rocky K. Copley, Law Office of Rocky K. Copley, 550 West C Street, Suite 1150, San Diego, CA 92101, (619) 232-3131 | Attorneys (If Known)<br>'08 CV 0146 JM CAB |

FILED
2008 JAN 24 PM 2:32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KWH DEPUTY

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☒ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits **PERSONAL INJURY** ☐ 362 Personal Injury - Med. Malpractice ☐ 365 Personal Injury - Product Liability ☐ 368 Asbestos Personal Injury Product Liability **PERSONAL PROPERTY** ☐ 370 Other Fraud ☐ 371 Truth in Lending ☐ 350 Motor Vehicle ☐ 380 Other Personal Property Damage ☐ 355 Motor Vehicle Product Liability ☐ 385 Property Damage Product Liability ☐ 360 Other Personal Injury |  |  |  | ☐ 810 Selective Service ☐ 850 Securities/Commodities/Exchange ☐ 875 Customer Challenge 12 USC 3410 |
|  |  | **LABOR** | **SOCIAL SECURITY** |  |
|  |  | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) |  |
| ☐ 160 Stockholders' Suits |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) |  |
| ☐ 190 Other Contract |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise |  |  | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights |  |  |  |
|  | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition |  |  |  |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
46 USCA 30505 et seq.
Brief description of cause:
Limitation of liability

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:   JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):  JUDGE _____  DOCKET NUMBER _____

DATE 01/23/2008   SIGNATURE OF ATTORNEY OF RECORD  /s/ Rocky K. Copley

**FOR OFFICE USE ONLY**
RECEIPT # 146826   AMOUNT 350,-   APPLYING IFP   JUDGE   MAG. JUDGE
1/24/08

cs

```
UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
       SAN DIEGO DIVISION

 # 146826      - SR

   January 24, 2008
      14:49:36

    Civ Fil Non-Pris
USAO #.: 08CV0146 CIV. FIL.
Judge..: JEFFREY T MILLER
Amount.:              $350.00 CK
Check#.: BC#1371


  Total-> $350.00


FROM: MISSION BAY JET SPORTS V.
      N/A -COMPLAINT FOR EXONERATION
      CIVIL FILING
```