Rocky K. Copley, Esq.; SBN 101628
LAW OFFICE OF ROCKY K. COPLEY
550 West C Street, Suite 1150
San Diego, California 92101
Tel (619) 232-3131; Fax (619) 232-1690

Sterling J. Stires, Esq.; SBN 119218
LAW OFFICES OF CHARLES S. LIMANDRI, APC
P.O. Box 9120
Rancho Santa Fe, CA 92067
Tel (858) 759-9930; Fax (858) 759-9938

Attorney for Plaintiffs MISSION BAY JET SPORTS, LLC and ROBERT ADAMSON, individually and dba MISSION BAY JET SPORTS

FILED
2008 JAN 24 PM 2:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ YNA _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC, A CALIFORNIA LIMITED LIABILITY CORPORATION; AND ROBERT ADAMSON, INDIVIDUALLY AND DOING BUSINESS AS MISSION BAY JET SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY. | In Admiralty  '08 CV 0146 JM CAB<br><br>Civil Complaint No.<br><br>*AD INTERIM* STIPULATION OF PLAINTIFFS MISSION BAY JET SPORTS, LLC AND ROBERT ADAMSON, INDIVIDUALLY AND DOING BUSINESS AS MISSION BAY JET SPORTS |

WHEREAS, plaintiffs MISSION BAY JET SPORTS, LLC, as the owner and operator of a jet ski rental and sales operation, and ROBERT ADAMSON, individually and doing business as MISSION BAY JET SPORTS, which is currently doing business as MISSION BAY JET SPORTS, LLC, of which ROBERT ADAMSON is the sole shareholder, has instituted a proceeding for exoneration from or limitation of liability on account of all losses, damages, injuries, or destruction allegedly resulting from the casualty described in the complaint in which the plaintiffs pray, among other things, that a notice issue to all persons asserting claims for losses, damages, injuries, or destruction, admonishing them to file their respective claims and to answer the complaint, and that an injunction may issue restraining the commencement and/or prosecution of any actions or proceedings against the plaintiffs, their underwriters, or any of their property resulting from the casualty described in the complaint; and

1

WHEREAS plaintiffs wish to provide an *ad interim* stipulation for the value of their interests in the aforesaid vessel and as security for all those who may file claims herein pending the ascertainment by reference of the amount or value of the plaintiffs' interest in said jet ski vessel, if an appraisal be sought, then to stand as a stipulation for value.

NOW THEREFORE, in consideration of the deposit with this Court of the sum of Six Thousand Five Dollars ($6,005), which represents the Blue Book retail value of the jet ski, which shall serve as security to satisfy any and all claims that may be filed against plaintiffs, and said amount representing the value of the interests held by the plaintiffs in said vessel, this stipulation shall stand as security for the value thereof and as security for all claims in said pending proceeding.

Executed on 23 January, 2008.

_____
ROBERT ADAMSON, individually and doing business as MISSION BAY JET SPORTS, and as Managing Member of MISSION BAY JET SPORTS, LLC

2

*AD INTERIM* STIPULATION

**ESSEX INSURANCE COMPANY**
CLAIM ACCOUNT
P.O. BOX 2010
GLEN ALLEN VA 23058-2010

**SUNTRUST**
SunTrust Bank
64-79
611

| CLAIM NO | CHECK NO | DATE | PAY THIS AMOUNT |
|---|---|---|---|
| C013726 | 00216770 | 01-18-2008 | ******$6,005.00 |

PAY THE SUM OF SIX THOUSAND FIVE DOLLARS AND 00 CENTS*****

Pay to the order of:  Clerk of the U.S. District Court for the Southern District of California

CDA Number: 200825836

*S A Markel*
VICE CHAIRMAN

⑈216770⑈ ⑆061100790⑆ 200825836⑈