UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC, A CALIFORNIA LIMITED LIABILITY CORPORATION; AND ROBERT ADAMSON, INDIVIDUALLY AND DOING BUSINESS AS MISSION BAY JET SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY.<br><br>Movants. | In Admiralty<br><br>Civil Complaint No. 08 CV 0146 JM CAB<br><br>**ORDER DIRECTING ISSUANCE OF NOTICE AND RESTRAINING PROSECUTION OF CLAIMS**<br><br>[46 USCA 30505 *et seq*.] |

A Complaint having been filed on January 24, 2008, by MISSION BAY JET SPORTS, LLC and ROBERT ADAMSON, individually and doing business as MISSION BAY JET SPORTS, as owners of a 2007 Sea-Doo Bombardier personal watercraft, CF Number CF8326RM and hull number YDV09441C707 (hereinafter referred to as the "subject vessel"), claiming exoneration from or limitation of liability, as provided in 46 USCA 30505 *et seq*. and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for all losses, damages, injuries and/or death or destruction allegedly resulting from the casualty referred to in the foregoing Complaint, which occurred on or about July 29, 2007, in San Diego, and Movants having filed an *ad interim* stipulation and depositing financial security with the Court in the amount of the value of said vessel and its pending freight, in accordance with the Federal Rules of Civil Procedure;

1

1       NOW THEREFORE, on the petition by Movants MISSION BAY JET SPORTS,
2 LLC and ROBERT ADAMSON, individually and doing business as MISSION BAY JET SPORTS,
3 in their Complaint;

4       IT IS ORDERED that the Certificate of Ownership of the subject vessel, attached to
5 the aforesaid Complaint as Exhibit "A", as proof of the Movants' interest in the subject vessel and
6 its pending freight at the time of said casualty, and the *ad interim* stipulation and Movants'
7 depositing the Blue Book value of the subject vessel with this Court representing the value of the
8 Movants' interest in the subject vessel and its pending freight at the time of said casualty, the *ad*
9 *interim* stipulation and the Movants' depositing of the value of its interest in the subject vessel be
10 accepted for the purpose of a limitation proceeding and that it be approved as to form, quantum and
11 surety for all claims in this limitation proceeding; and

12       IT IS FURTHER ORDERED, pursuant to Rule F(7) of the Supplemental Rules for
13 Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure that the Movants
14 and any claimants who may properly become a party hereto may contest the amount or value of the
15 Movants' interest in the subject vessel, and its pending freight, as fixed in said *ad interim*
16 stipulation, and may move the Court for due appraisal of said interest and may apply to have the
17 amount of said stipulation increased or diminished as the case may be on determination by the Court
18 of the amount or value of said interest; and

19       IT IS FURTHER ORDERED that publication of the aforesaid Notice of Complaint
20 by Movants Mission Bay Jet Sports, LLC and Robert Adamson for Exoneration from or Limitation
21 of Liability, in the form required by Rule F(4) of the Supplemental Rules for Certain Admiralty and
22 Maritime Claims of the Federal Rules of Civil Procedure, and being published in a newspaper of
23 general circulation in the City of San Diego, namely the San Diego Daily Transcript, once each
24 week for four successive weeks prior to the date affixed for the filing of claims; and

25       IT IS FURTHER ORDERED, pursuant to Rule F(3) of the Supplemental Rules for
26 Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, that the
27 commencement or further prosecution of any action or proceeding against the Movants, its
28 underwriters, or any of their property, including the subject vessel itself, with respect to any claims

1 for which the Movants seek limitation, including any claim arising out of, or connected with, any
2 loss, damage, injury or destruction resulting from the casualty described in the Complaint, be and
3 the same is hereby stayed, and restrained until the hearing and determination of this proceeding; and

4     IT IS FURTHER ORDERED that, in accordance with Rule F(4) of the Supplemental
5 Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and no
6 later than the second day of publication of the notice ordered herein, the Movants shall mail a copy
7 of the notice to every person known to have or have made any claim against the Movants and/or the
8 subject vessel arising out of the operations of the subject vessel then engaged as described in the
9 Complaint.

10     IT IS FURTHER ORDERED that the parties shall comply with the following
11 scheduling order: Any Claimant must file and serve a claim no later than by March 28, 2008,
12 Movants herein shall file and serve a response to the claims by April 18, 2008, Claimants may file
13 and serve a reply brief by May 2, 2008, and the court calendars a hearing on the claims for
14 ***May 16, 2008 at 2:00 p.m.***

15     **IT IS SO ORDERED.**

16 DATED: February 7, 2008

                                              _____
17
18                                               Hon. Jeffrey T. Miller
                                              United States District Judge

19 cc:         Movants

20
21
22
23
24
25
26
27
28