Rocky K. Copley, Esq.; SBN 101628
LAW OFFICE OF ROCKY K. COPLEY
550 West C Street, Suite 1150
San Diego, CA 92101
Tel (619) 232-3131; Fax (619) 232-1690

Sterling J. Stires, Esq.; SBN 199218
LAW OFFICE OF CHARLES S. LiMANDRI, APC
P.O. Box 9120
Rancho Santa Fe, CA 92067
Tel (858) 759-9930; Fax (858) 759-9938

Attorneys for Plaintiffs MISSION BAY JET SPORTS, LLC and ROBERT ADAMSON

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC, A CALIFORNIA LIMITED LIABILITY CORPORATION; AND ROBERT ADAMSON, INDIVIDUALLY AND DOING BUSINESS AS MISSION BAY JET SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY. | In Admiralty<br><br>Civil Case No. 08-CV 0146 JM (CAB)<br><br>**DECLARATION OF ROCKY K. COPLEY AS TO PROOF OF NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY BY MISSION BAY JET SPORTS, LLC AND ROBERT ADAMSON TO ALL KNOWN POTENTIAL CLAIMANTS**<br><br>**[RULE F(4) Supplemental Rules for Admiralty and Maritime Claims, Federal Rules of Civil Procedure]**<br><br>Complaint Filed:   January 24, 2008 |

I, ROCKY K. COPLEY, declare as follows:

1.   I am an attorney at law, duly licensed to practice in the State of California, including the United States District Court, Southern District of California.   I am the lead attorney for the plaintiffs MISSION BAY JET SPORTS, LLC and ROBERT ADAMSON, individually and doing business as MISSION BAY JET SPORTS (hereinafter referred to as the "Plaintiffs"), in the above-captioned matter.  I have personal knowledge of the facts set forth below, and could and would competently testify thereto if called upon as a witness.

///

1

**DECLARATION OF ROCKY K. COPLEY AS TO PROOF OF NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY TO KNOWN POTENTIAL CLAIMANTS**

2. The Plaintiffs are aware of two individuals, named HALEY COLOMBO and JESSICA SLAGEL, who have any potential claims against the Plaintiffs and/or the 2007 Bombardier Sea-Doo, with hull number YDV09441C707, arising out of the "subject accident," as more fully described in the Plaintiffs' Complaint, which is the basis and reason of the Plaintiffs' Complaint for Exoneration from or Limitation of Liability.

3. At the time the Plaintiffs filed their Complaint for Exoneration from or Limitation of Liability, both HALEY COLOMBO and JESSICA SLAGEL were represented by Thomas Tosdal of Tosdal Smith Steiner & Wax, located at 600 "B" Street, Suite 2100, San Diego, California 92101.

4. On February 8, 2008, and in accordance and compliance with Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure of the Federal Rules of Civil Procedure, my office served by mail, to the known claimants and their counsel, the Plaintiffs' Complaint for Exoneration From or Limitation of Liability, the Ad Interim Stipulation, the Court's Order Directing Issuance of Notice and Restraining Prosecution of Claims, the Court's Order Granting Ex Parte Application for Injunction Staying State Court Action; Requiring Publication of Notice, and the Notice of Complaint for Exoneration from or Limitation of Liability to the following addresses:

> Thomas Todsdal, Esq.
> TODSDAL SMITH STEINER & WAX
> 600 "B" Street, Ste. 2100
> San Diego, CA 92101
>
> Haley Colombo,
> individually and by and through
> her guardian ad litem Sam Colombo
> 1162 La Rosa Road
> Arcadia, CA 91007
>
> Jessica Slagel,
> individually and by and through
> her guardian ad litem Joy Slagel
> 602 Fairview Avenue, #5
> Arcadia, CA 91007

5. A true and correct copy of the Proof of Service indicating the mailing of the Plaintiffs' Complaint for Exoneration from or Limitation of Liability, the Ad Interim Stipulation, the Court's Order Directing Issuance of Notice and Restraining Prosecution of Claims, the Court's Order

1  Granting Ex Parte Application for Injunction Staying State Court Action; Requiring Publication of
2  Notice, and the Notice of Complaint for Exoneration from or Limitation of Liability, is concurrently
3  being filed herewith.

4      6.    I further declare that HALEY COLOMBO and JESSICA SLAGEL are believed to
5  be the only potential or possible claimants because they were the only persons to be injured as a
6  result of the subject accident, as more fully described in the Plaintiffs' Complaint for Exoneration
7  from or Limitation of Liability.

8      7.    Pursuant to the Order Directing Issuance of Notice and Restraining Prosecution of
9  Claims, and the Order Granting Ex Parte Application for Injunction Staying State Court Action, both
10 executed on February 7, 2008 by Judge Jeffrey T. Miller the United States District Court, Southern
11 District of California, the Notice of Complaint for Exoneration from or Limitation of Liability was
12 published in the San Diego Daily Transcript, starting on February 13, 2008.  Therefore, the only
13 potential claimants were notified prior to the second date of publication, as required by Rule F(4)
14 of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil
15 Procedure.

16     I declare under penalty of perjury, under the laws of the United States, that the foregoing is
17 true and correct.  Executed this 15th day of February, 2008, at San Diego, California.

19                         */s/ Rocky K. Copley*
                          Rocky K. Copley, Esq.