```
 1  Rocky K. Copley, Esq.; SBN 101628
    LAW OFFICE OF ROCKY K. COPLEY
 2  550 West C Street, Suite 1150
    San Diego, California 92101
 3  Tel (619) 232-3131; Fax (619) 232-1690

 4  Sterling J. Stires, Esq.; SBN 119218
    LAW OFFICES OF CHARLES S. LIMANDRI, APC
 5  P.O. Box 9120
    Rancho Santa Fe, CA  92067
 6  Tel (858) 759-9930; Fax (858) 759-9938

 7  Attorney for Plaintiffs MISSION BAY JET
    SPORTS, LLC and ROBERT ADAMSON,
    individually and dba MISSION BAY JET SPORTS
```

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC, A CALIFORNIA LIMITED LIABILITY CORPORATION; AND ROBERT ADAMSON, INDIVIDUALLY AND DOING BUSINESS AS MISSION BAY JET SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY. | In Admiralty<br><br>Civil Complaint No. 08 CV 0146 JM (CAB)<br><br>**PROOF OF SERVICE** |
|---|---|

I, the undersigned, declare as follows:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 550 West C Street, Suite 1150, San Diego, California 92101. On **February 8, 2008**, I served the documents named below to be served on the parties in this action as follows:

**DOCUMENTS SERVED:**

    1.    Notice of Complaint for Exoneration From or Limitation of Liability;

    2.    Complaint for Exoneration From or Limitation of Liability by Mission Bay Jet Sports, LLC and Robert Adamson, individually and doing business as Mission Bay Jet Sports;

    3.    *Ad Interim* Stipulation of Plaintiffs Mission Bay Jet Sports, LLC and Robert Adamson, individually and doing business as Mission Bay Jet Sports;

///

4. Order Granting Ex Parte Application for Injunction Staying State Court Action; Requiring Publication of Notice; and

5. Order Directing Issuance of Notice and Restraining of Claims.

**SERVED UPON:** SEE ATTACHED SERVICE LIST.

I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Diego, California. I am readily familiar with the practice of the Law Office of Rocky K. Copley for collecting and processing correspondence for mailing, said practice being that, in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

I declare that I am employed in the office of a member of the bar of this court, at whose discretion this service was made.

Executed on **February 8, 2008**, at San Diego, California.

_____
Lisa Beddoe

*In re: Mission Bay Jet Sports, LLC*
USDC Case No. 08 CV 0146 JM (CAB)

**SERVICE LIST**

Haley Colombo,
individually and by and through
her guardian ad litem Sam Colombo
1162 La Rosa Road
Arcadia, CA 91007

Jessica Slagel,
individually and by and through
her guardian ad litem Joy Slagel
602 Fairview Avenue, #5
Arcadia, CA 91007

Thomas Tosdal, Esq.
Tosdal, Smith, Steiner & Wax
600 B Street, Suite 2100
San Diego, CA 92101-4508

*Courtesy Copy to:*
Paul Kissel, Esq.
Borton Petrini, LLP
402 West Broadway, Suite 880
San Diego, CA 92101