THOMAS TOSDAL, ESQ.
State Bar No. 067834
TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Fax: (619) 239-6048

Attorneys for Haley Colombo and Jessica Slagel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC; ROBERT ADAMSON, individually and d.b.a. MISSION BAY SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY, <br><br> Movants. | CASE NO. 08cv0146JM(CAB) <br><br> NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT <br><br> Date: April 4, 2008 <br> Time: 1:30 p.m. <br> Court: 16 |

TO: MOVANTS AND THEIR COUNSEL

   PLEASE TAKE NOTICE that on April 4, 2008, at 1:30 p.m., in the courtroom of the Honorable Jeffrey T. Miller, which is located at 940 Front Street, San Diego, California, real parties in interest Haley Colombo and Jessica Slagel, by and through their guardians ad litem, will move the Court under Rule 12(b)(1) of the Federal Rules of Civil Procedure and Rule A of the Supplemental Rules For Certain Admiralty and Maritime Claims to dismiss the complaint for lack of subject matter jurisdiction. At that same time and place, Haley Colombo and Jessica Slagel, by and through their guardians ad litem, will move the Court under rule 12(b)(6) to dismiss the complaint for failure to state a claim upon which relief can be granted.

TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1

CASE NO. 08cv0146JM(CAB)

1   This motion is based upon the attached memorandum of points
2   and authorities, supporting declarations and evidence, and the
3   argument of counsel at hearing.

5   Dated: February 26, 2008          By: s/ Thomas Tosdal
                                          Thomas Tosdal
6                                         Attorneys for Real Parties
                                          Colombo and Slagel
7                                         ttosdal@tosdalsmith.com

TOSDAL, SMITH, STEINER
& WAX
600 B Street, Suite 2100
San Diego, CA  92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

2

CASE NO. 08cv0146JM(CAB)