```
THOMAS TOSDAL, ESQ.
State Bar No. 067834
TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Fax: (619) 239-6048

Attorneys for Haley Colombo and Jessica Slagel
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC; ROBERT ADAMSON, individually and d.b.a. MISSION BAY SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY, <br><br>          Movants. | CASE NO. 08cv0146JM(CAB) <br><br> DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO DISMISS COMPLAINT <br><br> Date:  April 4, 2008 <br> Time:  1:30 p.m. <br> Court: 16 |

I, Thomas Tosdal, declare:

1. My firm is counsel for real parties in interest Haley Colombo and Jessica Slagel.

2. I have personal knowledge of the facts stated below and if called to testify I would so state.

3. Exhibit 4 is a true and correct copy of the complaint filed in the San Diego Superior Court on behalf of Haley Colombo and Jessica Slagel.

4. Exhibit 5 is a true and correct copy of the orders appointing guardians *ad litem* for Ms. Colombo and Ms. Slagel.

///

///

///

1

CASE NO. 08cv0146JM(CAB)

1  I declare under penalty of perjury that the foregoing is true and
2  correct.  Executed on this 25 day of February 2008 at San Diego,
3  California.

```
                                      /s Thomas Tosdal
                                     Thomas Tosdal
                                     Attorneys for Colombo and
                                     Slagel
                                     ttosdal@tosdalsmith.com
```

TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA  92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

2

CASE NO. 08cv0146JM(CAB)