```
 1  THOMAS TOSDAL, ESQ.
    State Bar No. 067834
 2  TOSDAL, SMITH, STEINER & WAX
    600 B Street, Suite 2100
 3  San Diego, CA 92101-4508
    Telephone:  (619) 239-7200
 4  Fax:  (619) 239-6048

 5  Attorneys for Haley Colombo and Jessica Slagel

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10  IN THE MATTER OF THE         )   CASE NO. 08cv0146JM(CAB)
    COMPLAINT OF MISSION BAY JET )
11  SPORTS, LLC; ROBERT ADAMSON, )   DECLARATION OF HALEY
    individually and d.b.a.      )   COLOMBO
12  MISSION BAY SPORTS, FOR      )
    EXONERATION FROM OR          )
13  LIMITATION OF LIABILITY,     )
                                 )
14  _____Movants._____   )
```

15  I, Haley Colombo, declare:

16  1. I am one of the plaintiffs in the case of Colombo and Slagel

17  v. Brett Kohl, Mission Bay Jet Sports, and Roger Adamson.

18  2.  I was injured on July 29, 2007, in the late afternoon when I

19  came off a Sea Doo being driven by Brett Kohl.  Jessica Slagel

20  was also riding on the Sea Doo.  The Sea Doo did not collide with

21  any jet ski or other craft at the time or before I was injured.

22  3.  The incident occurred when I was 16 years old.  I am now 17

23  years old.

24  4.  The incident in which I was injured occurred in an area of

25  Mission Bay in San Diego.  This area is shown on the map of

26  Mission Bay at the eastern end of the South Pacific Passage, next

27  to Fiesta Island, that is marked on the map with red and white

28  wavy lines.  Signs on the shore of the area say that it is a

TOSDAL, SMITH, STEINER
& WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1

CASE NO. 08cv0146JM(CAB)

1  "personal watercraft special use area."
2  I declare under penalty of perjury that the foregoing is true and
3  correct.  Executed on this 24 day of February at San Diego,
4  California.

                                                Haley Colombo

TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048