1  THOMAS TOSDAL, ESQ.
   State Bar No. 067834
2  TOSDAL, SMITH, STEINER & WAX
   600 B Street, Suite 2100
3  San Diego, CA 92101-4508
   Telephone: (619) 239-7200
4  Fax: (619) 239-6048

5  Attorneys for Haley Colombo and Jessica Slagel

6

7

8             UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10 IN THE MATTER OF THE           )   CASE NO. 08cv0146JM(CAB)
   COMPLAINT OF MISSION BAY JET   )
11 SPORTS, LLC; ROBERT ADAMSON,   )   DECLARATION OF JESSICA
   individually and d.b.a.        )   SLAGEL
12 MISSION BAY SPORTS, FOR        )
   EXONERATION FROM OR            )
13 LIMITATION OF LIABILITY,       )
                                  )
14           Movants.             )
   _____)
15
   I, Jessica Slagel, declare:
16
   1.  I am one of the Plaintiffs in the case of Colombo and Slagel
17
   v. Brett Kohl, Mission Bay Jet Sports, and Robert Adamson.
18
   2.  I was injured on July 29, 2007, when I came off a Sea Doo
19
   being driven by Brett Kohl. Haley Colombo was also riding on the
20
   Sea Doo. The incident occurred in the late afternoon. The Sea Doo
21
   did not collide with any other jet ski at the time I was injured.
22
   3.  The incident occurred when I was 17 years old. I am now 18
23
   years old.
24
   4.  The incident in which I was injured occurred in a part of
25
   Mission Bay in San Diego. This area is shown on the map of
26
   Mission Bay at the eastern end of the South Pacific Passage, next
27
   to Fiesta Island, that is marked on the map with red and white
28
   wavy lines. Signs on the shore of the area say that it is a

TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1

CASE NO. 08cv0146JM(CAB)

1  "personal watercraft special use area."
2  I declare under penalty of perjury that the foregoing is true and
3  correct. Executed on this 24 day of February at San Diego,
4  California.

                                        Jessica Slagel

TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

2

CASE NO. 08cv0146JM(CAB)