THOMAS TOSDAL, ESQ.
State Bar No. 067834
ANN M. SMITH, ESQ.
State Bar No. 120733
TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Fax: (619) 239-6048

Attorneys for Haley Colombo and Jessica Slagel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC; ROBERT ADAMSON, individually and d.b.a. MISSION BAY SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY, <br><br> Movants. | CASE NO. 08cv0146JM(CAB) <br><br> DECLARATION OF RICK STROBEL |

I, Rick Strobel, declare:

1. I am employed as a Lifeguard Sergeant in the Lifeguard Services Division of the City of San Diego's Fire-Rescue Department. I have been employed in the Lifeguard Services Division for approximately sixteen (16) years. I am currently assigned as Supervisor of the Boating Safety Unit, with a total of seven years of experience in this Unit.

2. I have personal knowledge of the facts stated in this declaration and would testify to these facts if called to do so.

3. Mission Bay Park is a 4,600 acre recreational area within the City of San Diego, consisting of approximately half land and half water. The Lifeguard Services Division has jurisdiction to

1  enforce all applicable laws and regulations within Mission Bay
2  Park.
3  4.   The City of San Diego publishes and distributes to the
4  public free of charge a fold-out map of Mission Bay Park – a true
5  and correct copy of which is attached to my declaration as
6  Exhibit 1 – which includes both a depiction in color of Mission
7  Bay Park and the relevant rules and regulations applicable to the
8  waters within the Park, as well as excerpts from the California
9  Code of Regulations and the San Diego Municipal Code, which I and
10 other employees within the Lifeguard Services Division enforce
11 within the Park.
12 5.   As shown on the attached map, there is an area of water
13 located in the southeastern corner of the park and at the eastern
14 end of the South Pacific Passage which is marked by red and white
15 wavy lines.  This area is found at coordinates H-8 on the
16 attached map.  The waters in this area of the Park are limited to
17 "personal watercraft (PWC) only" and this limited special use is
18 announced to the public by posted signs and with buoys spaced
19 across the entrance to the area.
20 6.   This special use PWC area is approximately 800 feet wide at
21 its widest, and is bordered on three sides by land as follows: to
22 the north, by Fiesta Island; to the northeast, by a dirt berm
23 over which Fiesta Island Road runs; and to the south/southeast,
24 by land over which Sea World Drive runs.
25 7.   The only water access to this special use PWC area is from
26 the west through the waters designated as "South Pacific
27 Passage."  The waters of the South Pacific Passage and the waters
28 within the special use PWC area are separated by buoys indicating

TOSDAL, SMITH, STEINER
& WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1 a "no wake zone" followed by several buoys spaced across the
2 water to warn that boats are not permitted within the special use
3 PWC area. These buoys are shown on the attached map as small
4 blue circles with spokes coming out of them.
5 8. There are no docks, piers, or marinas within the special use
6 PWC area of the South Pacific Passage area of Mission Bay Park.
7 9. The applicable regulations restrict use of the special use
8 PWC area to "personal watercraft" only. A personal watercraft
9 (PWC) is a craft powered by a jet which is 13 feet or less in
10 length. All other watercraft, including boats, are prohibited
11 from going into or using the waters within the special use PWC
12 area.
13 10. The regulations, contained on the back of the map, state:

> **Personal Watercraft (PWC)**
> Jet Skis, Wet Bikes, Wave Runners, and similar types of watercraft may use any of the boating areas, following all of the regulations for powerboats (100 ft. law is strictly enforced in Mission Bay.)...
>
> (2) There is a special personal watercraft area at the end of South Pacific Passage, - where boats are prohibited; however, operators using the area must comply with the no wake zone immediately outside the area.

11. The City of San Diego has for many years posted signs containing regulations for use of the special use PWC area at the eastern end of the South Pacific Passage within Mission Bay Park. Some of these signs are located on the shoreline of Fiesta Island on the north/northwest side of the area. These signs include regulations that restrict the direction of travel of all PWCs' using the area to one-way (counter-clockwise) travel.

///
///

TOSDAL, SMITH, STEINER
& WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

3

CASE NO. 08cv0146JM(CAB)

1   12.   The Lifeguard Services Division enforces all postings within
2   the Mission Bay Park, including the postings related to this
3   special use PWC area.
4          I declare under penalty of perjury that the foregoing is
5   true and correct.  Executed on this 22 day of February 2008, in
6   San Diego, California.

            _____
            Sgt. Rick Strobel

TOSDAL, SMITH, STEINER
& WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

4

CASE NO. 08cv0146JM(CAB)