THOMAS TOSDAL, ESQ.
State Bar No. 067834
TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone:  (619) 239-7200
Fax:  (619) 239-6048

Attorneys for Haley Colombo and Jessica Slagel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC; ROBERT ADAMSON, individually and d.b.a. MISSION BAY SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY, <br><br> Movants. | CASE NO. 08cv0146JM(CAB) <br><br> NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF MOTION TO DISMISS COMPLAINT <br><br> Date:  April 4, 2008 <br> Time:  1:30 p.m. <br> Court: 16 |

True and correct copies of the following documents are lodged with the Court in support of Motion to Dismiss:

Exhibit 1: City of San Diego Mission Bay Park Rules and Regulations and Map (page 1)(filed conventionally);

Exhibit 2: Color photograph (page 2) (filed conventionally);

Exhibit 3: Color photograph (page 3) (filed conventionally);

Exhibit 4: Complaint (pages 4-13);

Exhibit 5: Application and Order for Appointment of Guardian Ad Litem - Civil (pages 14-17).

Dated: February 26, 2008          By: s/ Thomas Tosdal
                                   Thomas Tosdal
                                   Attorneys for Real Parties
                                   Colombo and Slagel
                                   ttosdal@tosdalsmith.com

TOSDAL, SMITH, STEINER
& WAX
600 B Street, Suite 2100
San Diego, CA. 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1

Exhibit 1

# Filed Conventionally

City of San Diego Mission Bay Park
Rules and Regulations

and

Map

Exhibit 2

## Filed Conventionally

Color Photograph

Exhibit 3

# **Filed Conventionally**

Color Photograph

Exhibit 4

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Thomas Tosdal
Tosdal, Smith, Steiner & Wax
600 B Street, Ste. 2100
San Diego, CA 92101
TELEPHONE NO: 619-239-7200    FAX NO. *(Optional):* 619-239-6048
E-MAIL ADDRESS *(Optional):* ttosdal@tosdalsmith.com
ATTORNEY FOR *(Name):* Haley Colombo and Jessica Slagel

CIVIL BUSINESS OFFICE 1
CENTRAL DIVISION

2007 OCT -9 PM 3: 46

SUPERIOR COURT
SAN DIEGO COUNTY, CA

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: P.O. Box 122724
CITY AND ZIP CODE: San Diego, CA 92112-2724
BRANCH NAME: Central Division

PLAINTIFF: Haley Colombo, by and through her guardian ad litem Sam Colombo; Jessica Slagel, by and through her guardian ad litem Joy Slagel

DEFENDANT: Brett Kohl; Mission Bay Jet Sports; Robert Adamson;

[x] DOES 1 TO 15

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED *(Number):*
Type *(check all that apply):*
[ ] MOTOR VEHICLE    [x] OTHER *(specify):* personal injury
[ ] Property Damage    [ ] Wrongful Death
[ ] Personal Injury    [ ] Other Damages *(specify):*

Jurisdiction *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
Amount demanded    [ ] does not exceed $10,000
[ ] exceeds $10,000, but does not exceed $25,000
[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
[ ] from limited to unlimited
[ ] from unlimited to limited

CASE NUMBER:
37-2007-00077350-CU-PO-CTL

1. Plaintiff *(name or names):* Haley Colombo; Jessica Slagel

   alleges causes of action against **defendant** *(name or names):* Brett Kohl, Mission Bay Jet Sports, Robert Adamson, Does 1-15
2. This pleading, including attachments and exhibits, consists of the following number of pages: 10
3. Each plaintiff named above is a competent adult
   a. [x] **except** plaintiff *(name):* Haley Colombo
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [x] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   b. [x] **except** plaintiff *(name):* Jessica Slagel
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [x] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Legal
Solutions
Plus

Code of Civil Procedure, § 425.12

4

PLD-PI-001

| SHORT TITLE: Colombo and Slagel v. Kohl | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*

is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

    a. ☒ **except** defendant *(name):* Mission Bay Jet Sports

        (1) ☒ a business organization, form unknown
        (2) ☐ a corporation
        (3) ☐ an unincorporated entity *(describe):*

        (4) ☐ a public entity *(describe):*

        (5) ☐ other *(specify):*

    c. ☐ **except** defendant *(name):*

        (1) ☐ a business organization, form unknown
        (2) ☐ a corporation
        (3) ☐ an unincorporated entity *(describe):*

        (4) ☐ a public entity *(describe):*

        (5) ☐ other *(specify):*

    b. ☐ **except** defendant *(name):*

        (1) ☐ a business organization, form unknown
        (2) ☐ a corporation
        (3) ☐ an unincorporated entity *(describe):*

        (4) ☐ a public entity *(describe):*

        (5) ☐ other *(specify):*

    d. ☐ **except** defendant *(name):*

        (1) ☐ a business organization, form unknown
        (2) ☐ a corporation
        (3) ☐ an unincorporated entity *(describe):*

        (4) ☐ a public entity *(describe):*

        (5) ☐ other *(specify):*

    ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

    a. ☒ Doe defendants *(specify Doe numbers):* 1-15 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.

    b. ☒ Doe defendants *(specify Doe numbers):* 1-15 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
    a. ☐ at least one defendant now resides in its jurisdictional area.
    b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
    c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
    d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
    a. ☐ has complied with applicable claims statutes, **or**
    b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

5

PLD-PI-001

| | |
|---|---|
| SHORT TITLE: Colombo and Slagel v. Kohl | CASE NUMBER: |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐  Motor Vehicle
   b. ☒  General Negligence
   c. ☐  Intentional Tort
   d. ☐  Products Liability
   e. ☐  Premises Liability
   f. ☒  Other *(specify):*  fraud/misrepresentation

11. Plaintiff has suffered
   a. ☒  wage loss
   b. ☐  loss of use of property
   c. ☒  hospital and medical expenses
   d. ☒  general damage
   e. ☐  property damage
   f. ☒  loss of earning capacity
   g. ☒  other damage *(specify):*  emotional suffering; prejudgment interest

12. ☐  The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐  listed in Attachment 12.
   b. ☐  as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒  compensatory damages
      (2) ☒  punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
   (1) ☒  according to proof
   (2) ☐  in the amount of: $

15. ☐  The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: September 17, 2007

Thomas Tosdal
_____
(TYPE OR PRINT NAME)

▶  *Thomas Tosdal* (signature)
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| | |
|---|---|
| SHORT TITLE: Colombo and Slagel v. Kohl | CASE NUMBER: |

_____First_____    **CAUSE OF ACTION—General Negligence**    Page _4_____
(number)

ATTACHMENT TO [x] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. **Plaintiff** *(name):* Haley Colombo; Jessica Slagel, by and through their guardians ad litem

alleges that defendant *(name):* Brett Kohl, Mission Bay Jet Sports, Robert Adamson,

[x] Does _1_____ to _15_____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* July 29, 2007
at *(place):* San Diego Mission Bay, near Fiesta Island

*(description of reasons for liability):*
On or about July 29, 2007, Defendants Mission Bay Jet Sports and Robert Adamson authorized and permitted Bret Kohl, an agent and employee of Mission Bay Jet Sports and Robert Adamson, to use a 2007 Bombardier Sea Doo on Mission Bay to transport Haley Colombo and Jessica Slagel, both of whom were and are minors. Colombo had never before been on a jet ski or Sea Doo. The Sea Doo was not equipped with straps or restraint devices sufficient for its passengers to hold themselves on while the Sea Doo was underway.

Kohl operated the Sea Doo and Colombo and Slagel were passengers. Kohl operated the Sea Doo negligently and recklessly so as to cause both Colombo and Slagel to fall off, but they were uninjured. Upon request of both Colombo and Slagel while they were in the water, Kohl intnetionally and/or negligently represented to them that he would not operate the Sea Doo so as to cause them to fall off if they got back on the Sea Doo. In reliance upon Kohl's promise, Colombo and Slagel got back on the Sea Doo as passengers, with Kohl continuing to operate it. Shortly after they got back on the Sea Doo, Kohl intentionally and recklessly made a sharp turn so as to cause Colombo and Slagel to fall off the Sea Doo, suffering serious orifice injuries from the jet stream of the Sea Doo.

The doctrine of negligence per se applies, because Kohl violated statutes and regulations in the operation of the Sea Doo, including but not limited to Harbors & Navigation Code §§655(a)and 655.7(a), 14 Cal.Code Regs §6600.1 incorporating Rule 6 (safe speed), and San Diego Municipal Code §63.20.28.

At all times material, Kohl was acting within the scope of his employment for Mission Bay Jet Sports and Robert Adamson. In addition, Mission Bay Jet Sports and Robert Adamson, the owner/managing agent of Mission Bay Jet Sports, authorized and ratified Kohl's wrongful acts.

(see next page)

Form Approved for Optional Use
Judicial Council of California    **CAUSE OF ACTION—General Negligence**    Code of Civil Procedure 425.12
PLD-PI-001(2) [Rev. January 1, 2007]

Legal
Solutions
Plus

7

SHORT TITLE: Colombo and Slagel v. Kohl    CASE NUMBER:

1  (continuation of First Cause of Action)

2    The conduct of Defendants, and each of them, of providing a Sea Doo

3  without sufficient safety equipment for passengers to hold onto and/or keep

4  from being thrown from the Sea Doo and suffering orifice injuries from the

5  jet stream and other aspects of the Sea Doo, intentionally and recklessly

6  driving the Sea Doo so as to cause Plaintiffs to fall off the Sea

7  Doo,misrepresenting to Plaintiffs he would not operate the Sea Doo so as to

8  cause Plaintiffs to fall off and then doing so, authorizing and ratifying

9  such conduct, and other conduct relating to the providing and operating of

10  the Sea Doo increased the risks inherent in the sport, making the doctrine

11  of primary assumption of the risk unavailable to all Defendants.

12    In so acting, Defendants, and each of them, engaged in malice,

13  oppression and fraud, thereby entitling Plaintiffs to puntiive and exemplary

14  damages in an amount according to proof. Defendants Mission Bay Jet Sports

15  and Robert Adamson (1) had advance knowledge of the unfitness of Brett Kohl

16  and employed him with conscious disregard of the safety of others, and (2)

17  authorized and ratified his wrongful conduct.

18

19

20

21

22

23

24

25

26  *(Required for verified pleading)*  The items on this page stated on information and belief *(specify item numbers, **not** line numbers):*

27  This page may be used with any Judicial Council form or any other paper filed with this court.    Page 5

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

Legal
Solutions
Plus

CRC 201, 501

PLD-PI-001(2)

| SHORT TITLE: Colombo and Slagel v. Kohl | CASE NUMBER: |
|---|---|

_____Second_____    **CAUSE OF ACTION—General Negligence**    Page 6_____
(number)

ATTACHMENT TO [x] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Haley Colombo; Jessica Slagel, by and through their guardians ad litem

alleges that defendant *(name)*:  Mission Bay Jet Sports, Robert Adamson, Does 1-15

[x] Does  1_____ to 15_____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*:  July 29, 2007
at *(place)*:  San Diego Mission Bay near Fiesta Island

*(description of reasons for liability)*:
    Plaintiffs incorporate by reference and re-allege all of the allegations made in the First Cause of Action.

    Defendants Mission Bay Jet Sports and Robert Adamson, and each of them, negligently entrusted the 2007 Sea Doo to Brett Kohl who they knew was reckless, unfit, and/or incompetent to operate the Sea Doo safely, and the injuries to Haley Colombo and Jessica Slagel were legally caused by Kohl's recklessness, unfitness, and/or incompetence.

    The conduct of Defendants Mission Bay Jet Sports and Robert Adamson of negligently entrusting the Sea Doo to Kohl, providing a Sea Doo without sufficient safety equipment for passengers to hold onto and/or keep from being thrown from the Sea Doo and suffering orifice injuries from the jet stream and other aspects of the Sea Doo, authorizing and ratifying Kohl's intentional and reckless operation of the Sea Doo and misrepresentation to Colombo and Slagel that he would not operate the Sea Doo so as to cause them to fall off, and other conduct relating to the providing and operating of the Sea Doo increased the risks inherent in the sport, making the doctrine of primary assumption of the risk unavailable to all Defendants.

    In so acting, Defendants, and each of them, engaged in malice, oppression and fraud, thereby entitling Plaintiffs to puntiive and exemplary damages in an amount according to proof. Defendants Mission Bay Jet Sports and Robert Adamson (1) had advance knowledge of the unfitness of Brett Kohl and employed him with conscious disregard of the safety of others, and (2) authorized and ratified his wrongful conduct.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Legal
Solutions
Plus

Code of Civil Procedure 425.12

9

PLD-PI-001(2)

| SHORT TITLE: Colombo and Slagel v. Kohl | CASE NUMBER: |
|---|---|

_____Third_____    **CAUSE OF ACTION—General Negligence**    Page 7_____
(number)

ATTACHMENT TO [x] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Haley Colombo; Jessica Slagel

alleges that defendant *(name)*:  Mission Bay Jet Sports, Robert Adamson, Does 1-15

[x] Does 1_____ to 15_____

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*:  July 29, 2007
at *(place)*:  San Diego Mission Bay near Fiesta Island

*(description of reasons for liability)*:
Plaintiffs incorporate by reference the allegations made in the First Cause of Action.

Defendants Mission Bay Jet Sports and Robert Adamson negligently and carelessly failed to properly supervise, instruct, and train Brett Kohl in the safe operation of the Sea Doo before authorizing Kohl to use the Sea Doo, which was a contributing legal cause to the injuries suffered by Plaintiffs.

The conduct of Defendants Mission Bay Jet Sports and Robert Adamson of negligently failing to properly supervise, instruct, and train Kohl, providing a Sea Doo without sufficient safety equipment for passengers to hold onto and/or keep from being thrown from the Sea Doo and suffering orifice injuries from the jet stream and other aspects of the Sea Doo, authorizing and ratifying Kohl's intentional and reckless operation of the Sea Doo and misrepresentation to Colombo and Slagel that he would not operate the Sea Doo so as to cause them to fall off, and other conduct relating to the providing and operating of the Sea Doo increased the risks inherent in the sport, making the doctrine of primary assumption of the risk unavailable to all Defendants.

In so acting, Defendants, and each of them, engaged in malice, oppression and fraud, thereby entitling Plaintiffs to puntiive and exemplary damages in an amount according to proof. Defendants Mission Bay Jet Sports and Robert Adamson (1) had advance knowledge of the unfitness of Brett Kohl and employed him with conscious disregard of the safety of others, and (2) authorized and ratified his wrongful conduct.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]
**CAUSE OF ACTION—General Negligence**
Code of Civil Procedure 425.12
Legal Solutions Plus

*10*

PLD-C-001(3)

| SHORT TITLE: Colombo and Slagel v. Kohl | CASE NUMBER: |
|---|---|

_____Fourth_____    **CAUSE OF ACTION—Fraud**
(number)

ATTACHMENT TO [ x ] Complaint    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR-1.  Plaintiff *(name)*: Haley Colombo; Jessica Slagel, by and through their guardians
ad litem
alleges that defendant *(name)*: Brett Kohl, Mission Bay Jet Sports, Robert Adamson,

on or about *(date)*: July 29, 2007    defrauded plaintiff as follows:

FR-2. [ x ] **Intentional or Negligent Misrepresentation**
a. Defendant made representations of material fact [ ] as stated in Attachment FR-2.a [ x ] as follows:
Defendant Brett Kohl represented to Haley Colombo and Jessica Slagel that
if they got back on the Sea Doo he would not operate the Sea Doo again so
as to cause them to fall off during its operation.

b. These representations were in fact false. The truth was [ ] as stated in Attachment FR-2.b [ x ] as follows:
Defendant Brett Kohl knew he would operate the Sea Doo in such a manner
that Plaintiffs would/could fall off.

c. When defendant made the representations,
[ x ] defendant knew they were false, **or**
[ x ] defendant had no reasonable ground for believing the representations were true.

d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described
in item FR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed
they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. [ x ] **Concealment**
a. Defendant concealed or suppressed material facts [ ] as stated in Attachment FR-3.a [ x ] as follows:
That he would operate the Sea Doo in a manner so they would fall off
after the got back on the Sea Doo

b. Defendant concealed or suppressed material facts
[ x ] defendant was bound to disclose.
[ x ] by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed
or suppressed facts.

c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act
as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed
facts and would not have taken the action if plaintiff had known the facts.

Page 8

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Fraud**

Legal
Solutions
Plus

Code of Civil Procedure, § 425.12

PLD-C-001(3)

| SHORT TITLE: Colombo and Slagel v. Kohl | CASE NUMBER: |
|---|---|

___Fourth___  **CAUSE OF ACTION—Fraud**
(number)

FR-4. [x] **Promise Without Intent to Perform**

    a. Defendant made a promise about a material matter without any intention of performing it [ ] as stated in Attachment FR-4.a [x] as follows: Defednant Brett Kohl promised Plaintiffs he would not operate the Sea Doo in a manner so they would fall off if they got back on after having fallen off because of the way Kohl opeated the Sea Doo

    b. Defendant's promise without any intention of performance was made with the intent to defraud and induce plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act [ ] as stated in Attachment FR-5
    [x] as follows: Plaintiffs got back on the Sea Doo

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged [ ] as stated in Attachment FR-6 [x] as follows: Severe orifice and other injuries.

FR-7. Other: Plaintiffs incorporate by reference all of the allegations made in the First Cause of Action. Defendants Mission Bay Jet Sports and Robert Adamson are liable for the conduct of Kohl becasue they authorized and ratified his conduct and put him in a position to commit the misrepresentation.

Page _9_

17

SHORT TITLE: Colombo and Slagel v. Kohl                          CASE NUMBER:

1  (continuation of Fourth Cause of Action)

2      The conduct of Defendants, and each of them, of providing a Sea Doo

3  without sufficient safety equipment for passengers to hold onto and/or keep

4  from being thrown from the Sea Doo and suffering orifice injuries from the

5  jet stream and other aspects of the Sea Doo, intentionally and recklessly

6  driving the Sea Doo so as to cause Plaintiffs to fall off the Sea Doo,

7  misrepresenting to Plaintiffs that he would not operate the Sea Doo so as to

8  cause Plaintiffs to fall off and then doing so, authorizing and ratifying

9  such conduct, and other conduct relating to the providing and operating of

10  the Sea Doo increased the risks inherent in the sport, making the doctrine

11  of primary assumption of the risk unavailable to all Defendants.

12      In so acting, Defendants, and each of them, engaged in malice,

13  oppression and fraud, thereby entitling Plaintiffs to puntiive and exemplary

14  damages in an amount according to proof. Defendants Mission Bay Jet Sports

15  and Robert Adamson (1) had advance knowledge of the unfitness of Brett Kohl

16  and employed him with conscious disregard of the safety of others, and (2)

17  authorized and ratified his wrongful conduct.

18

19

20

21

22

23

24

25

26  *(Required for verified pleading)*  The items on this page stated on information and belief *(specify item numbers, **not** line numbers)*:

27  This page may be used with any Judicial Council form or any other paper filed with this court.     Page 10

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

Legal Solutions Plus

CRC 201, 501

13

Exhibit 5

CIV-010

| | |
|---|---|
| ATTORNEY (Name, state bar number, and address):<br>Thomas Tosdal<br>Tosdal, Smith, Steiner & Wax<br>600 B Street, Ste. 2100<br>San Diego, CA 92101<br>TELEPHONE NO.:                          FAX NO. (Optional): 619-239-7200<br>E-MAIL ADDRESS (Optional): ttosdal@tosdalsmith.com<br>ATTORNEY FOR (Name): Haley Colombo and Jessica Slagel | FOR COURT USE ONLY<br><br>F I L E D<br>Clerk of the Superior Court<br><br>OCT 2 9 2007<br><br>By: L. ROCKWELL, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: P.O. Box 122724
CITY AND ZIP CODE: San Diego, CA 92112-2724
BRANCH NAME: Central Division

PLAINTIFF/PETITIONER: Haley Colombo; Jessica Slagel

DEFENDANT/RESPONDENT: Brett Kohl, Mission Bay Jet Sports, Robert Adamson, Does 1-15

| APPLICATION AND ORDER FOR APPOINTMENT<br>OF GUARDIAN AD LITEM-CIVIL<br>[x] EX PARTE | CASE NUMBER:<br>37-2007-00077350-CU-PO-CTL |
|---|---|

> **Note: This form is for use in civil proceedings in which a party is a minor, an incapacitated person, or a person for whom a conservator has been appointed. A party who seeks the appointment of a guardian ad litem in a family law or juvenile proceeding should use form FL-200. A party who seeks the appointment of a guardian ad litem in a probate proceeding should use form DE-350, GC-100. An individual cannot act as a guardian ad litem unless he or she is represented by an attorney or is an attorney.**

1. Applicant (name): Haley Colombo                                      is
   a. [ ] the parent of (name):
   b. [ ] the guardian of (name):
   c. [ ] the conservator of (name):
   d. [ ] a party to the suit.
   e. [X] the minor to be represented (if the minor is 14 years of age or older).
   f. [ ] another interested person (specify capacity):

2. This application seeks the appointment of the following person as guardian ad litem (state name, address, and telephone number):
   Sam Colombo
   1162 La Rosa Road
   Arcadia, CA 91007    (626-254-9959)

3. The guardian ad litem is to represent the interests of the following person (state name, address, and telephone number):
   Haley Colombo
   1162 La Rosa Road
   Arcadia, CA 91007    (626-254-9959)

4. The person to be represented is:
   a. [X] a minor (date of birth): February 6, 1991
   b. [ ] an incompetent person.
   c. [ ] a person for whom a conservator has been appointed.

5. The court should appoint a guardian ad litem because:
   a. [X] the person named in item 3 has a cause or causes of action on which suit should be brought (describe):
   personal injuries caused by Sea Doo incident on or about July 29, 2007

[ ] Continued on Attachment 5a.

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-010 [Rev. January 1, 2007] | **APPLICATION AND ORDER FOR APPOINTMENT<br>OF GUARDIAN AD LITEM-CIVIL** | Page 1 of 2<br>Legal<br>Solutions™<br>Plus<br>Code of Civil Procedure,<br>§ 372. et seq. |

14

CIV-010

| PLAINTIFF/PETITIONER: Haley Colombo; Jessica Slagel | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Brett Kohl, Mission Bay Jet Sports, | 37-2007-00077350-CU-PO-CTL |

5. b. ☐ more than 10 days have elapsed since the summons in the above-entitled matter was served on the person named in item 3, and no application for the appointment of a guardian ad litem has been made by the person identified in item 3 or any other person.

   c. ☒ the person named in item 3 has no guardian or conservator of his or her estate.

   d. ☒ the appointment of a guardian ad litem is necessary for the following reasons *(specify):* to sue for daamges on behalf of minor

     ☐ Continued on Attachment 5d.

6. The proposed guardian ad litem's relationship to the person he or she will be representing is:
   a. ☒ related *(state relationship):* natural father
   b. ☐ not related *(specify capacity):*

7. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person he or she will represent and has no interests adverse to the interests of that person. *(If there are any issues of competency or qualification or any possible adverse interests, describe and explain why the proposed guardian should nevertheless be appointed):*

     ☐ Continued on Attachment 7.

Thomas Tosdal
_____
(TYPE OR PRINT NAME)

▶ _Tom Tosdal_ (signature)
_____
(SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 28 2007

Haley Colombo
_____
(TYPE OR PRINT NAME)

▶ _Haley Colombo_ (signature)
_____
(SIGNATURE OF APPLICANT)

## CONSENT TO ACT AS GUARDIAN AD LITEM

I consent to the appointment as guardian ad litem under the above petition.

Date: October 28 2007

Sam Colombo
_____
(TYPE OR PRINT NAME)

▶ _Samuel Colombo_ (signature)
_____
(SIGNATURE OF PROPOSED GUARDIAN AD LITEM)

## ORDER  ☐ EX PARTE

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for the person named in item 3 of the application, as requested.

THE COURT ORDERS that *(name):* Sam Colombo
is hereby appointed as the guardian ad litem for *(name):* Haley Colombo
for the reasons set forth in item 5 of the application.

Date: OCT 3 0 2007

JAY M. BLOOM
_____
JUDICIAL OFFICER

☐ SIGNATURE FOLLOWS LAST ATTACHMENT

**APPLICATION AND ORDER FOR APPOINTMENT
OF GUARDIAN AD LITEM-CIVIL**

15

CIV-010

| | |
|---|---|
| ATTORNEY (Name, state bar number, and address):<br>Thomas Tosdal<br>Tosdal, Smith, Steiner & Wax<br>600 B Street, Ste. 2100<br><br>San Diego, CA 92101<br>TELEPHONE NO.:                    FAX NO. (Optional): 619-239-7200<br>E-MAIL ADDRESS (Optional): ttosdal@tosdalsmith.com<br>ATTORNEY FOR (Name): Haley Colombo and Jessica Slagel | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego
STREET ADDRESS:  330 West Broadway
MAILING ADDRESS:  P.O. Box 122724
CITY AND ZIP CODE:  San Diego, CA 92112-2724
BRANCH NAME:  Central Division

F I L E D
Clerk of the Superior Court
OCT 2 9 2007
By: L. ROCKWELL, Deputy

PLAINTIFF/PETITIONER: Haley Colombo; Jessica Slagel

DEFENDANT/RESPONDENT:  Brett Kohl, Mission Bay Jet Sports, Robert Adamson, Does 1-15

| APPLICATION AND ORDER FOR APPOINTMENT<br>OF GUARDIAN AD LITEM-CIVIL<br>[x] EX PARTE | CASE NUMBER:<br>37-2007-00077350-CU-PO-CTL |
|---|---|

> Note: This form is for use in civil proceedings in which a party is a minor, an incapacitated person, or a person for whom a conservator has been appointed. A party who seeks the appointment of a guardian ad litem in a family law or juvenile proceeding should use form FJ-200. A party who seeks the appointment of a guardian ad litem in a probate proceeding should use form DE-350, GC-100. An individual cannot act as a guardian ad litem unless he or she is represented by an attorney or is an attorney.

1. Applicant (name): Jessica Lynn Slagel                is
   a. [ ] the parent of (name):
   b. [ ] the guardian of (name):
   c. [ ] the conservator of (name):
   d. [ ] a party to the suit.
   e. [X] the minor to be represented (if the minor is 14 years of age or older).
   f. [ ] another interested person (specify capacity):

2. This application seeks the appointment of the following person as guardian ad litem (state name, address, and telephone number):
   Joy Slagel
   602 Fairview Avenue no. 5
   Arcadia, CA 91007  (626-294-2994)

3. The guardian ad litem is to represent the interests of the following person (state name, address, and telephone number):
   Jessica Lynn Slagel
   602 Fairview Avenue no. 5
   Arcaida, CA 91007 (626-294-2994)

4. The person to be represented is:
   a. [X] a minor (date of birth): January 19, 1990
   b. [ ] an incompetent person.
   c. [ ] a person for whom a conservator has been appointed.

5. The court should appoint a guardian ad litem because:
   a. [X] the person named in item 3 has a cause or causes of action on which suit should be brought (describe):
   personal injuries caused by Sea Doo incident on or about July 29, 2007

[ ] Continued on Attachment 5a.

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-010 [Rev. January 1, 2007] | APPLICATION AND ORDER FOR APPOINTMENT<br>OF GUARDIAN AD LITEM-CIVIL    Legal<br>Solutions<br>Plus | Code of Civil Procedure,<br>§ 372. et seq. |

16

CIV-010

| | |
|---|---|
| PLAINTIFF/PETITIONER: Haley Colombo; Jessica Slagel | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Brett Kohl, Mission Bay Jet Sports, | 37-2007-00077350-CU-PO-CTL |

5. b. ☐ more than 10 days have elapsed since the summons in the above-entitled matter was served on the person named in item 3, and no application for the appointment of a guardian ad litem has been made by the person identified in item 3 or any other person.

c. ☒ the person named in item 3 has no guardian or conservator of his or her estate.

d. ☒ the appointment of a guardian ad litem is necessary for the following reasons *(specify)*: to sue for damages on behalf of minor

☐ Continued on Attachment 5d.

6. The proposed guardian ad litem's relationship to the person he or she will be representing is:
a. ☒ related *(state relationship)*: natural mother
b. ☐ not related *(specify capacity)*:

7. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person he or she will represent and has no interests adverse to the interests of that person. *(If there are any issues of competency or qualification or any possible adverse interests, describe and explain why the proposed guardian should nevertheless be appointed):*

☐ Continued on Attachment 7.

Thomas Tosdal
_____
(TYPE OR PRINT NAME)

► *Thomas Tosdal*
_____
(SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 28 2007

Jessica Lynn Slagel
_____
(TYPE OR PRINT NAME)

► *Jessica Lynn Slagel*
_____
(SIGNATURE OF APPLICANT)

**CONSENT TO ACT AS GUARDIAN AD LITEM**

I consent to the appointment as guardian ad litem under the above petition.

Date: October 28 2007

Joy Slagel
_____
(TYPE OR PRINT NAME)

► *Joy Slagel*
_____
(SIGNATURE OF PROPOSED GUARDIAN AD LITEM)

**ORDER** ☐ EX PARTE

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for the person named in item 3 of the application, as requested.

THE COURT ORDERS that *(name)*: Joy Slagel
is hereby appointed as the guardian ad litem for *(name)*: Jessica Lynn Slagel
for the reasons set forth in item 5 of the application.

Date: OCT 3 0 2007

JAY M. BLOOM
_____
JUDICIAL OFFICER

☐ SIGNATURE FOLLOWS LAST ATTACHMENT

CIV-010 [Rev. January 1, 2007]

**APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM-CIVIL**

Page 2 of 2

17