THOMAS TOSDAL, ESQ.
State Bar No. 067834
TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Fax: (619) 239-6048

Attorneys for Haley Colombo and Jessica Slagel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC; ROBERT ADAMSON, individually and d.b.a. MISSION BAY SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Movants. | CASE NO. 08cv0146JM(CAB)<br><br>NOTICE OF CONVENTIONAL FILING OF EXHIBITS IN SUPPORT OF MOTION TO DISMISS COMPLAINT<br><br>Date: April 4, 2008<br>Time: 1:30 p.m.<br>Court: 16 |

PLEASE TAKE NOTICE that the following exhibits are being submitted for conventional filing because they are oversized and/or color photographs and cannot be scanned and e-filed.

Exhibit 1: City of San Diego Mission Bay Park Rules and Regulations and Map;

Exhibit 2: Color photograph;

Exhibit 3: Color photograph.

Dated: February 26, 2008      By: s/ Thomas Tosdal
                              Thomas Tosdal
                              Attorneys for Real Parties
                              Colombo and Slagel
                              ttosdal@tosdalsmith.com

TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1

CASE NO. 08cv0146JM(CAB)