```
 1  THOMAS TOSDAL, ESQ.
    State Bar No. 067834
 2  TOSDAL, SMITH, STEINER & WAX
    600 B Street, Suite 2100
 3  San Diego, CA 92101-4508
    Telephone:  (619) 239-7200
 4  Fax:  (619) 239-6048

 5  Attorneys for Haley Colombo and Jessica Slagel

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 SOUTHERN DISTRICT OF CALIFORNIA

10  IN THE MATTER OF THE        )   CASE NO. 08cv0146JM(CAB)
    COMPLAINT OF MISSION BAY JET)
11  SPORTS, LLC; ROBERT ADAMSON,)   CERTIFICATE OF SERVICE
    individually and d.b.a.     )
12  MISSION BAY SPORTS, FOR     )
    EXONERATION FROM OR         )
13  LIMITATION OF LIABILITY,    )
                                )
14                 Movants.     )
    _____)
15

16      I, the undersigned, hereby declare and state:

17      I am over the age of eighteen years, employed in the city of

18  San Diego, California, and not a party to the within action.  My

19  business address is 600 "B" Street, Suite 2100, San Diego,

20  California.

21      On February 27, 2008, I served the within documents

22  described as:

23      **NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT;**

24      **MEMORANDUM IN SUPPORT OF MOTION TO DISMISS COMPLAINT;**

25      **DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO DISMISS
        COMPLAINT;**
26
        **DECLARATION OF HALEY COLOMBO;**
27
        **DECLARATION OF JESSICA SLAGEL;**
28
```

TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1

CASE NO. 08cv0146JM(CAB)

1     **DECLARATION OF RICK STROBEL;**

2     **NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF MOTION TO DISMISS COMPLAINT;**

3

4     **NOTICE OF CONVENTIONAL FILING OF EXHIBITS IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

5

6 on the following parties by electronically filing the foregoing

7 with the Clerk of the District Court using its ECF System, which

8 electronically notifies them.

<u>Party</u>

9
Rocky K. Copley, Esq.                    Email: rkcopley@rkc-rocklaw.com
10 (Attorneys for MIssion Bay
Jet Sports, LLC and Robert
11 Adamson)

12

13 Notice of the documents have been delivered by First Class U. S.

14 Mail to:

15 Sterling J. Stires, Esq.
Law Offices of Charles S. LiMandri
16 P.O. Box 9120
Rancho Santa Fe, CA 92067
17 Telephone: (858) 759-9930; Fax: (858) 759-9938
Email: sstires@limandri.com
18 (Co-Counsel for Defendants Mission Bay
Jet Sports and Robert Adamson)
19
    I declare under penalty of perjury under the laws of the
20
State of California that the foregoing is true and correct.
21
    Executed on February 27, 2008, at San Diego, California.
22

23
                                  */s/ Elizabeth Diaz*
24                                        ELIZABETH DIAZ

25

26

27

28

TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

2

CASE NO. 08cv0146JM(CAB)