```
 1  THOMAS TOSDAL, ESQ.
    State Bar No. 067834
 2  TOSDAL, SMITH, STEINER & WAX
    600 B Street, Suite 2100
 3  San Diego, CA 92101-4508
    Telephone:  (619) 239-7200
 4  Fax:  (619) 239-6048

 5  Attorneys for Haley Colombo and Jessica Slagel
```

FILED
08 FEB 28 AM 9:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC; ROBERT ADAMSON, individually and d.b.a. MISSION BAY SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>  Movants. | CASE NO. 08cv0146JM(CAB)<br><br>LODGMENT OF EXHIBITS IN SUPPORT OF MOTION TO DISMISS COMPLAINT<br><br>Date:  April 4, 2008<br>Time:  1:30 p.m.<br>Court: 16 |

True and correct copies of the following documents are lodged with the Court in support of Motion to Dismiss:

Exhibit 1: City of San Diego Mission Bay Park Rules and Regulations and Map (page 1);

Exhibit 2: Color photograph (page 2);

Exhibit 3: Color photograph (page 3).

Dated: February 27, 2008

By: _____
Thomas Tosdal
Attorneys for Real Parties
Colombo and Slagel
ttosdal@tosdalsmith.com

TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1

CASE NO. 08cv0146JM(CAB)