THOMAS TOSDAL, ESQ.
State Bar No. 067834
TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Fax: (619) 239-6048

Attorneys for Haley Colombo and Jessica Slagel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC; ROBERT ADAMSON, individually and d.b.a. MISSION BAY SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY, <br><br>Movants. | CASE NO. 08cv0146JM(CAB) <br><br> **EX PARTE APPLICATION TO CONTINUE DATE FOR CLAIMS AND ANSWERS, VACATE THE PRESENT SCHEDULE AND RESCHEDULE DATES** |

Real Parties in interest Haley Colombo and Jessica Slagel, by and through their guardians *ad litem* and counsel, apply to the Court *ex parte* for an order to continue and reschedule the dates previously set in this case as follows:

(1) Continue the dates for filing of claims and answers until 20 days after the hearing and ruling on Real Parties' motion to dismiss, or until such other date the Court deems appropriate;

(2) Vacate the dates previously set for response, reply, and hearing and re-set those dates at a scheduling conference to be held after the Court's ruling on the motion to dismiss, or to otherwise reschedule those dates so that Real Parties will have sufficient time to move to lift the stay, conduct discovery, and

1

CASE NO. 08cv0146JM(CAB)

1  prepare for trial.

2      This application is based upon the attached memorandum of
3  points and authorities, declaration of counsel, and the files and
4  records of this case.

5
6  Dated: March 12, 2008        By: s/ Thomas Tosdal
                                             Thomas Tosdal
7                                               Attorneys for Real Parties
                                             Colombo and Slagel
8                                               ttosdal@tosdalsmith.com

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TOSDAL, SMITH, STEINER
&amp; WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048