```
THOMAS TOSDAL, ESQ.
State Bar No. 067834
TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone:  (619) 239-7200
Fax:  (619) 239-6048

Attorneys for Haley Colombo and Jessica Slagel
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC; ROBERT ADAMSON, individually and d.b.a. MISSION BAY SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Movants. | CASE NO. 08cv0146JM(CAB)<br><br>**DECLARATION IN SUPPORT OF EX PARTE APPLICATION TO CONTINUE DATE FOR CLAIMS AND ANSWERS, VACATE THE PRESENT SCHEDULE AND RESCHEDULE DATES** |

I, Thomas Tosdal, declare:

1. My firm is counsel for Real Parties Haley Colombo and Jessica Slagel.

2. This declaration is filed in support of Real Parties' *ex parte* application to continue the date for filing claims and answers, to vacate the present schedule, and to order a scheduling conference to set a new schedule or to set a new schedule with sufficient time for counsel to conduct discovery and prepare for trial.

**HISTORY OF PROCEEDINGS**

3. My review of the files and records of this and the Superior Court damages case reveal the following.

///

TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1

CASE NO. 08cv0146JM(CAB)

4.   On October 9, 2007, Haley Colombo and Jessica Slagel, by and through their guardians *ad litem* and counsel, filed a complaint in San Diego Superior Court against Mission Bay Jet Sports, Robert Adamson, and Brett Kohl, alleging four causes of action against each defendant under California law.  The state complaint seeks damages for serious personal injuries suffered by Colombo and Slagel in a jet ski incident on July 29, 2007, in a special use personal watercraft area in Mission Bay. The complaint was served and Plaintiffs' sought discovery.

5.   In late January 2008, Movants filed in this Court a Complaint for Exoneration From or Limitation of Liability.  The complaint seeks the determination that Movants be exonerated from all liability for the incident or, in the alternative, that Movants' liability be limited to the purported value of the jet ski, which is stated to be $6,005.

6.   On February 4, 2008, Movants filed with the Court an Ex Parte Application For Issuance of Injunction Staying Underlying Action. This document has never been served on my office, and we recently obtained a copy from the Court's files on-line.

7.   On February 7, 2008, the Court granted Movants' *ex parte* application and "provisionally" enjoined  prosecution of the state action. The Court's order requires real parties to file claims and answers no later than March 28, 2008, and made the following scheduling order: Movants' response is due no later than April 18, 2008, Claimants' reply is due no later than May 2, 2008, and hearing is set for May 16, 2008, at 2:00 p.m.

8.   On February 27, 2008, Real Parties filed a motion to dismiss the complaint for lack of subject matter jurisdiction.  The Court

TOSDAL, SMITH, STEINER
& WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

2
CASE NO. 08cv0146JM(CAB)

set hearing on that motion for April 4, 2008, at 1:30 p.m., which is one week after the date upon which Real Parties' claims and answers are now due.

**Further Activity Required in the Case**

9. If the Court denies Real Parties' motion to dismiss, Colombo and Slagel intend to answer, file claims, and then move for this Court to lift the stay of the state case under the savings to suitors clause.

10. If this case remains in this Court after the motions to dismiss and to lift the stay of the state court action, Colombo and Slagel will need to conduct full discovery of all issues relevant to exoneration and limitation.

11. The deposition of Robert Adamson together with an initial request for production of documents have been noticed to occur on March 19, 2008.

12. Additional discovery will be necessary to prepare the case for trial. Interrogatories and requests for admission will be propounded. Depositions will be taken of the employees of Mission Bay Jet Sports, including but not limited to Brett Kohl. Presently, Mr. Kohl declines to testify at deposition under a claim of the privilege against self-incrimination. Real Parties assert that this privilege has been waived by Mr. Kohl's disclosures, and a motion for an order compelling him to testify in deposition may be necessary. Depositions and/or other discovery will be sought from additional witnesses about the practice of Mission Bay Jet Sports regarding use by employees of its jet skis, the circumstances of the incident, and relevant admissions that may have been made at the scene or during

TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

3

CASE NO. 08cv0146JM(CAB)

investigation. And followup document requests may be necessary.

13. The trial of issues of exoneration and/or limitation will probably require expert testimony. Sufficient time will be necessary to identify, prepare, and depose expert witnesses.

14. The present schedule set by the Court upon Movants' *ex parte* application does not permit reasonable time to make the necessary motions, conduct discovery, and prepare for trial.

**MEET AND CONFER**

15. By letter dated March 4, 2008, I requested that counsel for Movants agree to the requests made in this application. A true computer copy of that letter is attached as Exhibit 1.

16. By letter dated March 7, 2008, counsel for Movants refused to agree to these requests. A true copy of that letter is attached as Exhibit 2.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of March 2008 at San Diego, California.

Dated: March 12, 2008

By: s/ Thomas Tosdal
Thomas Tosdal
Attorneys for Real Parties
Colombo and Slagel
ttosdal@tosdalsmith.com

TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

# Exhibit 1

Law Offices of
# TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101
website: tosdalsmith.com

Thomas L. Tosdal
Ann M. Smith
Fern M. Steiner
Michael K. Wax
Jon Y. Vanderpool
James M. Stern*
Angela M. Jae

*Certified Specialist Workers' Compensation Law
State Bar of California Board of Legal Specialization

Telephone: (619) 239-7200
Facsimile:  (619) 239-6048
Email: ttosdal@tosdalsmith.com

March 4, 2008

(by fax only)
Rocky K. Copley, Esq.
550 West C Street, Suite 1150
San Diego, CA 92101

Sterling J. Stires, Esq.
Law Offices of Charles S. LiMandri
P.O. Box 9120
Rancho Santa Fe, CA 92067

      Re: Complaint of Mission Bay Jet Sports, et al.,
         Case no. 08cv0146JM(CAB)

Dear Counsel:

    The Court requires that counsel meet and confer before *ex parte* application is made to change dates previously set by the Court.

    The date set by the Court for filing claims and answers, March 28, 2008, comes before the hearing set on April 4, 2008, for Real Parties' motion to dismiss the complaint. Because the Court's ruling on the motion to dismiss may obviate the need for claims and answers, it is requested that you agree to a request that I will make to the Court that the deadline for filing claims and answers be extended to 20 days past the hearing date – until and including April 24, 2008.

    Should the Court deny the motion to dismiss, Ms. Colombo and Ms. Slagel will be required to take substantial discovery in order to defend and a full evidentiary hearing will be required. The need for substantial discovery and probable need for further motions before hearing makes the Court's hearing schedule overly ambitious. It is proposed that you agree to Real Parties' request that the Court vacate the presently set dates for opposition, reply, and hearing with dates to be set in a scheduling conference to be held after the filing of claims and answers.

                                                Sincerely,

                                               /s/

                                            Thomas Tosdal

Exhibit 2

# Law Office of Rocky K. Copley

**Admitted to Practice:**
U.S. Supreme Court
9th Circuit Court of Appeals
All California Federal & State Courts

550 West C Street
Suite 1150
San Diego, California 92101

Telephone (619) 232-3131
Fax (619) 232-1690

rkcopley@rkc-rocklaw.com

March 7, 2008

File No. 1104

**VIA FACSIMILE & U.S. MAIL**
Thomas Tosdal, Esq.
Tosdal, Smith, Steiner & Wax
401 West A Street, Suite 320
San Diego, CA 92101

Re:   **Columbo v. Kohl**
Case No. 37-2007-00077350-CU-PO-CTL

Dear Mr. Tosdal:

I received your letter of March 4, 2008, that was addressed to me and Sterling Stires requesting an extension of the deadline to file the claims and answers on behalf of your two clients. I wanted to speak with Mr. Stires about your request. I was unable to speak with him until the close of business on March 5, 2008. Unfortunately, this letter could not be typed and sent until today.

First, there would be no monetary savings to your clients by delaying the filing of the claims and the answers because you have already paid your initial appearance fee. Second, your clients do not need to conduct any discovery before filing answers or claims. And third, you once again unilaterally noticed the deposition of Robert Adamson. The currently scheduled deposition date will require Mr. Adamson to submit to a deposition prior to the hearing of your motion to dismiss and prior to the filing of the claims and answers. I would like to know what your clients are claiming and the basis of their defenses that they will be raising in this matter prior to the deposition of my client. Consequently, I am not inclined to agree to an extension of the deadline for your clients to file answers and claims in this matter.

Before you jump to the conclusion that this was simply me playing hardball with you, I want to inform you that Sterling Stires reached the identical conclusions and expressed those feelings to me before I had raised the same issues. In summary, we both believe that it would be inappropriate to grant an extension of the time to file the answers and claims beyond the date set by the court.

Sincerely,

Rocky K. Copley

RKC:lb

## Law Office of Rocky K. Copley

Mr. Tosdal
Re: **Columbo v. Kohl**
March 7, 2008
Page 2

---

cc:    Sterling Stires, Esq.