```
 1  THOMAS TOSDAL, ESQ.
    State Bar No. 067834
 2  TOSDAL, SMITH, STEINER & WAX
    600 B Street, Suite 2100
 3  San Diego, CA 92101-4508
    Telephone:  (619) 239-7200
 4  Fax:  (619) 239-6048

 5  Attorneys for Haley Colombo and Jessica Slagel

 6

 7

 8                 UNITED STATES DISTRICT COURT

 9                SOUTHERN DISTRICT OF CALIFORNIA

10  IN THE MATTER OF THE        )   CASE NO. 08cv0146JM(CAB)
    COMPLAINT OF MISSION BAY JET)
11  SPORTS, LLC; ROBERT ADAMSON,)   CERTIFICATE OF SERVICE
    individually and d.b.a.     )
12  MISSION BAY SPORTS, FOR     )
    EXONERATION FROM OR         )
13  LIMITATION OF LIABILITY,    )
                                )
14                  Movants.    )
    _____)
15

16      I, the undersigned, hereby declare and state:

17      I am over the age of eighteen years, employed in the city of

18  San Diego, California, and not a party to the within action.  My

19  business address is 600 "B" Street, Suite 2100, San Diego,

20  California.

21      On March 12, 2008, I served the within documents described

22  as:

23      **EX PARTE APPLICATION TO CONTINUE DATE FOR CLAIMS AND
        ANSWERS, VACATE THE PRESENT SCHEDULE AND RESCHEDULE DATES;**
24
        **MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION TO CONTINUE
25      DATE FOR CLAIMS AND ANSWERS, VACATE THE PRESENT SCHEDULE AND
        RESCHEDULE DATES;**
26
        **DECLARATION IN SUPPORT OF EX PARTE APPLICATION TO CONTINUE
27      DATE FOR CLAIMS AND ANSWERS, VACATE THE PRESENT SCHEDULE AND
        RESCHEDULE DATES**
28
```

TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1

CASE NO. 08cv0146JM(CAB)

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

<u>Party</u>

Rocky K. Copley, Esq.          Email: rkcopley@rkc-rocklaw.com
(Attorneys for MIssion Bay Jet Sports, LLC and Robert Adamson)

Notice of the documents have been delivered by First Class U. S. Mail to:

Sterling J. Stires, Esq.
Law Offices of Charles S. LiMandri
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930; Fax: (858) 759-9938
Email: sstires@limandri.com
(Co-Counsel for Defendants Mission Bay Jet Sports and Robert Adamson)

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on March 12, 2008, at San Diego, California.

_____
ELIZABETH DIAZ

TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

2

CASE NO. 08cv0146JM(CAB)