1  Rocky K. Copley, Esq., SBN 101628
   LAW OFFICE OF ROCKY K. COPLEY
2  550 West C Street, Suite 1150
   San Diego, CA 92101
3  Tel (619) 232-3131; Fax (619) 232-1690

4  Sterling J. Stires, Esq., SBN 199218
   LAW OFFICE OF CHARLES S. LiMANDRI, APC
5  P.O. Box 9120
   Rancho Santa Fe, CA 92067
6  Tel (858) 759-9930; Fax (858) 759-9938

7  Attorneys for Limitation Petitioners MISSION BAY JET SPORTS, LLC.
          and ROBERT ADAMSON
8

9  Thomas Tosdal, Esq., 067834
   TOSDAL SMITH STEINER & WAX
10 401 West "A" Street, Ste. 320
   San Diego, CA 92101
11 Tel (619) 239-7200; Fax (619) 239-6048

12 Attorneys for HALEY COLOMBO and JESSICA SLAGEL

13                UNITED STATES DISTRICT COURT

14              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC, A CALIFORNIA LIMITED LIABILITY CORPORATION; AND ROBERT ADAMSON, INDIVIDUALLY AND DOING BUSINESS AS MISSION BAY JET SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY. | In Admiralty<br><br>Civil Case No. 08-CV 0146 JM (CAB)<br><br>**JOINT MOTION AND STIPULATION TO CONTINUE DATE OF HEARING ON HALEY COLOMBO'S AND JESSICA SLAGEL'S MOTION TO DISMISS AND EXTEND FILING DATE OF CLAIMS AND ANSWER OF HALEY COLOMBO AND JESSICA SLAGEL**<br><br>Complaint Filed: January 24, 2008 |

         COME NOW the parties to this action and hereby stipulate and move as follows:

1.       The parties to this action jointly request that the Court continue the oral argument hearing date for the pending Motion to Dismiss, filed by Haley Colombo and Jessica Slagel, from April 4, 2008 at 1:30 p.m. to April 18, 2008 at 1:30 p.m. The parties further stipulate that Limitation Petitioners, MISSION BAY JET SPORTS, LLC. and ROBERT ADAMSON

                                    1

(hereinafter collectively referred to as "MISSION BAY") will file their Opposition to the Motion to Dismiss on or before March 21, 2008; and that Haley Colombo and Jessica Slagel will file their Reply to MISSION BAY's Opposition to the Motion to Dismiss on or before March 28, 2008.

2. The parties to this action further jointly stipulate to extend the filing date for Haley Colombo and Jessica Slagel to file their Claims and Answer in this matter, pursuant to Rule F(5) of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, to a date no more than, but up to, twenty (20) days after the hearing on Haley Colombo and Jessica Slagel's Motion to Dismiss. The parties further stipulate that MISSION BAY shall file its Responses to the Claims of Haley Colombo and Jessica Slagel on or before twenty (20) days after the due date for the filing of the Claims; and that Haley Colombo and Jessica Slagel may file a Reply to MISSION BAY's Response to the Claims, should they choose to do so, within twenty (20) days after the due date for MISSION BAY's filing of the Response to the Claims.

3. The parties to this action further jointly stipulate and move the Court to vacate the hearing to determine if the known claimants have filed claims, currently scheduled for May 16, 2008 at 2:00 p.m., to a date to be determined at the hearing on the Motion to Dismiss or at a later date.

4. Upon agreement of counsel for the parties, and pursuant to the terms of this Joint Motion and Stipulation, counsel for MISSION BAY has agreed to file a Non-Opposition to the Ex Parte Application of Haley Colombo and Jessica Slagel to Continue Date for Claims and Answers.

The parties submit that good cause exists to continue the oral argument hearing on the Motion to Dismiss and continue the due date for the filing of the Claims and Answer by Haley Colombo and Jessica Slagel. Specifically, counsel for MISSION BAY, Sterling J. Stires, is unavailable on April 4, 2008 to attend the oral argument hearing on the Motion to Dismiss because he will be out of town. This was only very recently discovered by counsel, who then contacted all other counsel involved, and the Court's clerk, upon discovery of the scheduling conflict. (See, Declaration of Sterling J. Stires, attached hereto as Exhibit "A"). All counsel have agreed that a continuance of the oral argument hearing will not prejudice any of the parties

or potential claimants. Further, counsel for MISSION BAY contacted the Court's clerk on March 14, 2008, who made the determination that the Court would be available to hear the Motion to Dismiss on April 18, 2008, rather than April 4, 2008.

Further, the parties have stipulated and agreed that Haley Colombo and Jessica Slagel should be able to file their respective Claims and their Answer after the hearing on the Motion to Dismiss because, should the Court grant their Motion to Dismiss, Haley Colombo and Jessica Slagel will not need to file any Claims or an Answer as the Complaint would be dismissed. The parties believe and agree that the schedule set forth in this joint motion and stipulation would allow the parties sufficient time to file the responsive pleadings should the Court deny the Motion to Dismiss. Therefore, good cause exists to reschedule the due date for the filing of the Claims and Answer by Haley Colombo and Jessica Slagel.

Pursuant to the foregoing, and upon good cause existing, the parties respectfully request the Court to continue the hearing on Haley Colombo and Jessica Slagel's Motion to Dismiss, currently scheduled on April 4, 2008 at 1:30 p.m., to April 18, 2008 at 1:30 p.m. Further the parties respectfully request that the Court extend the dates for the filing of the Claims and Answer by Haley Colombo and Jessica Slagel by no more, but up to, twenty (20) days after the hearing on the Motion to Dismiss.

Respectfully submitted.

DATED: March 18, 2008    TOSDAL SMITH STEINER & WAX

By: _____
Thomas Tosdal, Esq.
Attorneys for Haley Colombo and Jessica Slagel

DATED: March 14, 2008    LAW OFFICE OF ROCKY K. COPLEY

By: _____
Rocky K. Copley, Esq.
Attorneys for Limitation Petitioners MISSION BAY JET SPORTS, LLC. and ROBERT ADAMSON

///

3

JOINT MOTION AND STIPULATION TO CONTINUE DATE OF HEARING ON MOTION TO DISMISS

1
2  DATED: March 18, 2008          LAW OFFICES OF CHARLES S. LIMANDRI, APC
3
4                                 By: _____
                                       Sterling J. Stires, Esq.
5                                      Attorneys for Limitation Petitioners MISSION
                                       BAY JET SPORTS, LLC. and ROBERT
6                                      ADAMSON
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

| | |
|---|---|
| 1 | Charles S. LiMandri, SBN 110841 |
| | Sterling J. Stires, SBN 199218 |
| 2 | LAW OFFICES OF CHARLES S. LiMANDRI, APC |
| | P.O. Box 9120 |
| 3 | Rancho Santa Fe, California 92067 |
| | Tel: (858) 759-9930; Fax: (858) 759-9938 |
| 4 | |
| | Attorneys for Limitation Petitioners MISSION BAY JET SPORTS, LLC |
| 5 | and ROBERT ADAMSON |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC, A CALIFORNIA LIMITED LIABILITY CORPORATION; AND ROBERT ADAMSON, AN INDIVIDUAL, FOR EXONERATION FROM OR LIMITATION OF LIABILITY. | ) ) ) ) ) ) ) ) ) ) ) | In Admiralty<br><br>Civil Case No.: 08 CV 0146 JM (CAB)<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed: 01/24/08 |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **JOINT MOTION AND STIPULATION TO CONTINUE DATE OF HEARING ON HALEY COLOMBO'S AND JESSICA SLAGEL'S MOTION TO DISMISS AND EXTEND FILING DATE OF CLAIMS AND ANSWER OF HALEY COLOMBO AND JESSICA SLAGEL.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

| | |
|---|---|
| Thomas Tosdal, Esq.<br>TOSDAL SMITH STEINER & WAX<br>401 West "A" Street, Ste. 320<br>San Diego, CA 92101<br>Tel: (619) 239-7200<br>Fax: (619) 239-6048<br>E-Mail: ttosdal@tosdalsmith.com<br>**Attorneys for Plaintiffs** | Rocky K. Copley, Esq.<br>LAW OFFICES OF ROCKY COPLEY<br>550 West "C" Street, Ste. 1150<br>San Diego, CA 92101<br>Tel: (619) 232-3131<br>Fax: (619) 232-1690<br>E-Mail: rkcopley@rkc-rocklaw.com<br>**Attorneys for Mission Bay Jet Sports, LLC and Robert Adamson** |

1

1 ■ **BY MAIL - as follows:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rancho Santa Fe, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

■ **BY ELECTRONIC MAIL - as follows:** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on March 18, 2008, at Rancho Santa Fe, California.

Kathy Denworth