Rocky K. Copley, SBN 101628
LAW OFFICE OF ROCKY K. COPLEY
550 West "C" Street, Ste. 1150
San Diego, CA 92101
Tel: (619) 232-3131; Fax: (619) 232-1690

Charles S. LiMandri, SBN 110841
Sterling J. Stires, SBN 199218
LAW OFFICES OF CHARLES S. LiMANDRI, APC
P.O. Box 9120
Rancho Santa Fe, California 92067
Tel: (858) 759-9930; Fax: (858) 759-9938

Attorneys for Movants MISSION BAY JET SPORTS, LLC
and ROBERT ADAMSON

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC; ROBERT ADAMSON, individually and d.b.a. MISSION BAY JET SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Limitation Petitioners. | CASE NO. 08cv0146 JM (CAB)<br><br>**DECLARATION OF STERLING J. STIRES IN SUPPORT OF JOINT MOTION AND STIPULATION TO CONTINUE DATE OF HEARING ON HALEY COLOMBO'S AND JESSICA SLAGEL'S MOTION TO DISMISS AND EXTEND FILING DATE OF CLAIMS AND ANSWER OF HALEY COLOMBO AND JESSICA SLAGEL**<br><br>Magistrate: Hon. Cathy Ann Bencivengo<br>Judge: Hon. Jeffrey T. Miller |

I, STERLING J. STIRES, declare:

1. I am an attorney duly licensed to practice law in the State of California, and in the Southern District of California, am the Senior Associate with the Law Offices of Charles S. LiMandri, APC, and co-counsel for Limitation Petitioners in this action, MISSION BAY JET SPORTS, LLC and ROBERT ADAMSON. As such, I have personal knowledge of the facts set forth below, and could and would competently testify thereto if called upon to do so as a witness.

2. Haley Colombo and Jessica Slagel's Motion to Dismiss Hearing and Extend Filing Date of Claims and Answer of Haley Colombo and Jessica Slagel in this matter is currently scheduled on April 4, 2008.

1

DECLARATION OF STERLING J. STIRES

3. Due to a scheduling conflict that was unanticipated and only very recently discovered, I will be out-of-town and will not be able to attend the oral argument hearing on the Motion to Dismiss.

4. All of the parties involved in this case desire a continuance, as evidenced by the Stipulation to Continue the Motion to Dismiss Hearing, concurrently filed herewith.

5. Based upon the foregoing, I respectfully submit to the Court that good cause exists to continue the Motion to Dismiss hearing to April 18, 2008 at 1:30 p.m. All parties agree on continuing the hearing until this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 18th day of March, 2008 at Rancho Santa Fe, California.

/s/ Sterling J. Stires
STERLING J. STIRES, Declarant

Charles S. LiMandri, SBN 110841
Sterling J. Stires, SBN 199218
LAW OFFICES OF CHARLES S. LiMANDRI, APC
P.O. Box 9120
Rancho Santa Fe, California 92067
Tel: (858) 759-9930; Fax: (858) 759-9938

Attorneys for Limitation Petitioners MISSION BAY JET SPORTS, LLC
and ROBERT ADAMSON

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC, A CALIFORNIA LIMITED LIABILITY CORPORATION; AND ROBERT ADAMSON, AN INDIVIDUAL, FOR EXONERATION FROM OR LIMITATION OF LIABILITY. | In Admiralty<br><br>Civil Case No.: 08 CV 0146 JM (CAB)<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed: 01/24/08 |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **DECLARATION OF STERLING J. STIRES IN SUPPORT OF JOINT MOTION AND STIPULATION TO CONTINUE DATE OF HEARING ON HALEY COLOMBO'S AND JESSICA SLAGEL'S MOTION TO DISMISS AND EXTEND FILING DATE OF CLAIMS AND ANSWER OF HALEY COLOMBO AND JESSICA SLAGEL.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

| | |
|---|---|
| Thomas Tosdal, Esq.<br>TOSDAL SMITH STEINER & WAX<br>401 West "A" Street, Ste. 320<br>San Diego, CA 92101<br>Tel: (619) 239-7200<br>Fax: (619) 239-6048<br>E-Mail: ttosdal@tosdalsmith.com<br>**Attorneys for Plaintiffs** | Rocky K. Copley, Esq.<br>LAW OFFICES OF ROCKY COPLEY<br>550 West "C" Street, Ste. 1150<br>San Diego, CA 92101<br>Tel: (619) 232-3131<br>Fax: (619) 232-1690<br>E-Mail: rkcopley@rkc-rocklaw.com<br>**Attorneys for Mission Bay Jet Sports, LLC and Robert Adamson** |

1

1

2 ■ **BY MAIL - as follows:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S.
3 Postal Service on that same day with postage thereon fully prepaid at Rancho Santa Fe, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing
4 on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date
5 of deposit for mailing in affidavit.

6 ■ **BY ELECTRONIC MAIL - as follows:** I served a true copy, electronically on designated recipients via electronic transmission of said documents.
7
   I declare under penalty of perjury, under the laws of the State of California, that the above
8 is true and correct.

9    Executed on March 18, 2008, at Rancho Santa Fe, California.

10
11    Kathy Denworth

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

CERTIFICATE OF SERVICE
Case No.: 08 CV 0146 JM (CAB)