Rocky K. Copley, SBN 101628
LAW OFFICE OF ROCKY K. COPLEY
550 West "C" Street, Ste. 1150
San Diego, CA 92101
Tel: (619) 232-3131; Fax: (619) 232-1690

Charles S. LiMandri, SBN 110841
Sterling J. Stires, SBN 199218
LAW OFFICES OF CHARLES S. LiMANDRI, APC
P.O. Box 9120
Rancho Santa Fe, California 92067
Tel: (858) 759-9930; Fax: (858) 759-9938

Attorneys for Movants MISSION BAY JET SPORTS, LLC
and ROBERT ADAMSON

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE COMPLAINT
OF MISSION BAY JET SPORTS, LLC;
ROBERT ADAMSON, individually and d.b.a.
MISSION BAY JET SPORTS, FOR
EXONERATION FROM OR LIMITATION
OF LIABILITY,

Limitation Petitioners.

CASE NO. 08cv0146 JM (CAB)

**DECLARATION OF ROY "BUCK" EVERINGHAM IN SUPPORT OF LIMITATION PETITIONERS' OPPOSITION TO MOTION TO DISMISS**

Date: April 18, 2008
Time: 1:30 p.m.
Dept.: 16
Magistrate: Hon. Cathy Ann Bencivengo
Judge: Jeffrey T. Miller

I, ROY "BUCK" EVERINGHAM, declare:

1. I am a businessman involved in the selling of live bait to the commercial and private sportfishing industry in Southern California. I have personal knowledge of the facts stated herein, and I could and would accurately, honestly and competently testify to the facts stated herein should I be requested to do so.

2. I am the sole shareholder of Everingham Brothers Bait Company ("Everingham Brothers"), which is headquartered on San Diego. Everingham Brothers is in the business of fishing for an selling live bait fish (anchovies and sardines) to the commercial and private sportfishing industry in Southern California.

3. Everingham Brothers has been engaged in this business in San Diego for more than 57 years.

4. After the Everingham Brothers fishing vessels catch the bait fish, the vessels deliver the fish to "bait barges," which keep the fish alive and caged until such time that the fish are purchased by commercial sportfishing companies and private individuals that are about to embark on sportfishing trips.

5. Everingham Brothers have several bait barges in various locations in Southern California. engaged in the activities and business set forth in the previous paragraph.

6. One location of the Everingham Brothers bait barges is in Mission Bay. The bait barge in Mission Bay is located in Quivera Basin, and has been in that location since 1956.

7. The bait barge located in Mission Bay sells live bait to the commercial sportfishing companies that are located in Mission Bay, such as SeaForth Sportfishing. The Mission Bay bait barge also sells bait to private fishermen who own their own vessel, or to those who have rented fishing boats from one of the many marinas and/or hotels located on Mission Bay.

8. Based on my experience, and that of my company, Everingham Brothers Bait Company, I know. and can confidently and accurately attest and testify that maritime commerce is taking place on a daily basis on Mission Bay.

9. Based on my experience and presence on Mission Bay, I can attest and testify that several companies located on Mission Bay rent and sell personal water craft, sailboats, power boats, kayaks, and other recreational vessels and equipment.

10. Based on my experience and presence on Mission Bay, I can attest and testify that rented personal water craft are operated throughout Mission Bay on a daily basis.

11. Based on my experience and knowledge of Mission Bay, I can attest and testify that Mission Bay is open and connected to the Pacific Ocean.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this _18_ day of March, 2008 at San Diego, California.

ROY "BUCK" EVERINGHAM, Declarant