UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC; ROBERT ADAMSON, individually and d.b.a. MISSION BAY JET SPORTS, OR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>                    Limitation Petitioners, | Case No.08cv146 JM(CAB)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE DATE OF HEARING ON HALEY COLOMBO'S AND JESSICA SLAGEL'S MOTION TO DISMISS AND EXTEND FILING DATE OF CLAIMS AND ANSWER OF HALEY COLOMBO AND JESSICA SLAGEL [Docket No. 10] |

The parties, having filed a Joint Motion and Stipulation to Continue the Date of Hearing on Haley Colombo and Jessica Slagel's Motion to Dismiss and Extend the Filing Date of Claims and Answer of Haley Colombo and Jessica Slagel, and the Court finding good cause,

IT IS HEREBY ORDERED:

1. The hearing regarding the pending Motion to Dismiss, filed by Haley Colombo and Jessica Slagel, is hereby continued from April 4, 2008 at 1:30 p.m. to ***April 18, 2008 at 1:30 pm***;

2. MISSION BAY JET SPORTS, LLC. and ROBERT ADAMSON (hereinafter collectively referred to as "MISSION BAY") will file their Opposition to the Motion to Dismiss on or before March 21, 2008; and that Haley Colombo and Jessica Slagel will file their Reply to MISSION BAY's Opposition to the Motion to Dismiss on or before March 28, 2008;

     3.     Haley Colombo and Jessica Slagel shall file their Claims and their Answer in this matter, pursuant to Rule F(5) of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, to a date no more than, but up to, twenty (20) days after the hearing on Haley Colombo and Jessica Slagel's Motion to Dismiss;

     4.     MISSION BAY shall file its Responses to the Claims of Haley Colombo and Jessica Slagel on or before twenty (20) days after the due date for the filing of the Claims of Haley Colombo and Jessica Slagel;

     5.     Haley Colombo and Jessica Slagel may file a Reply to MISSION BAY's Response to the Claims, should they choose to do so, on or before twenty (20) days after the due date for MISSION BAY's filing of the Responses to the Claims; and

     6.     The hearing to determine if the known claimants have filed claims, currently scheduled for May 16, 2008 at 2:00 p.m., is hereby vacated to a date to be determined at the hearing on the Motion to Dismiss or at a later date.

     IT IS SO ORDERED.

DATED: March 26, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge