```
THOMAS TOSDAL, ESQ.
State Bar No. 067834
TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Fax: (619) 239-6048

Attorneys for Haley Colombo and Jessica Slagel
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC; ROBERT ADAMSON, individually and d.b.a. MISSION BAY SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Movants. | CASE NO. 08cv0146JM(CAB)<br><br>REPLY OBJECTIONS TO MOVANTS' EVIDENCE<br><br>Date: April 18, 2008<br>Time: 1:30 p.m.<br>Court: 16 |

Real Parties object to evidence submitted by Movants as follows:

1. <u>Declaration of Everingham:</u>

Real Parties object to paragraphs 4-10 on the ground that those paragraphs are irrelevant. None of the activities described in those paragraphs tends to establish maritime commerce for purposes of admiralty jurisdiction. <u>Adams v. Montana Power Company</u>, 528 F.2d 437, 439 (9th Cir. 1975); <u>George v. Beavark</u>, 402 F.2d 977, 979, 981 (8th Cir. 1968); <u>Lynch v. McFarland</u>, 808 Fed. Supp. 559, 562 (W.D. Ky. 1992)

Real Parties object to paragraph 8 on the grounds that Everingham's legal opinion regarding "maritime commerce" is not rationally based upon his own perceptions, is made without qualification as an expert witness, is beyond his expertise (if

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1

CASE NO. 08cv0146JM(CAB)

1 any), does not have sufficient basis, and is an impermissible
2 conclusion of law reserved for the Court. F.R.Ev. Rules 701-3.
3 2. <u>Exhibit A – Excerpt of "Coast Pilot 7"</u>:
4    Real Parties object to the entire excerpt as not relevant,
5 not authenticated, and inadmissible hearsay. F.R.Ev. Rules 401,
6 802, and 901(a).

8 Dated: <u>March 28, 2008</u>     By: <u>/s Thomas Tosdal</u>
                                  Email: ttosdal@tosdalsmith.com
9                                         Attorneys for Real Parties

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048