```
 1  THOMAS TOSDAL, ESQ.
    State Bar No. 067834
 2  TOSDAL, SMITH, STEINER & WAX
    401 West A Street, Suite 320
 3  San Diego, CA 92101-7911
    Telephone: (619) 239-7200
 4  Fax: (619) 239-6048

 5  Attorneys for Haley Colombo and Jessica Slagel

 6

 7

 8                 UNITED STATES DISTRICT COURT

 9                 SOUTHERN DISTRICT OF CALIFORNIA

10  IN THE MATTER OF THE         )   CASE NO. 08cv0146JM(CAB)
    COMPLAINT OF MISSION BAY JET )
11  SPORTS, LLC; ROBERT ADAMSON, )   CERTIFICATE OF SERVICE
    individually and d.b.a.      )
12  MISSION BAY SPORTS, FOR      )
    EXONERATION FROM OR          )
13  LIMITATION OF LIABILITY,     )
                                 )
14            Movants.           )
    _____)
15
```

16   I, the undersigned, hereby declare and state:

17   I am over the age of eighteen years, employed in the city of

18  San Diego, California, and not a party to the within action. My

19  business address is 401 West A Street, Suite 320, San Diego,

20  California.

21   On March 28, 2008, I served the within documents described

22  as:

23  **REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAILNT;**

24  **REPLY OBJECTIONS TO MOVANTS' EVIDENCE**

25  on the following parties by electronically filing the foregoing

26  with the Clerk of the District Court using its ECF System, which

27  electronically notifies them.

28  ///

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1

CASE NO. 08cv0146JM(CAB)

1 | <u>Party</u>

2 | Rocky K Copley          Email:   rkcopley@rkc-rocklaw.com,
                                     l.beddoe@rkc-rocklaw.com
3 | (Attorneys for Mission Bay
  | Jet Sports, LLC and Robert
4 | Adamson)

5 |
  | Sterling J Stires       Email:   kdenworth@limandri.com,
6 |                                  sstires@limandri.com
  | (Attorneys for Mission Bay
7 | Jet Sports, LLC and Robert
  | Adamson)
8 |

9 |     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

10 |     Executed on March 28, 2008, at San Diego, California.

*[signature: Elizabeth Diaz]*

ELIZABETH DIAZ

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048