THOMAS TOSDAL, ESQ.
State Bar No. 067834
TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Fax: (619) 239-6048

Attorneys for Haley Colombo and Jessica Slagel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC; ROBERT ADAMSON, individually and d.b.a. MISSION BAY SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Movants. | CASE NO. 08cv0146JM(CAB)<br><br>JOINT MOTION TO CONTINUE DATE FOR FILING CLAIMS AND ANSWERS |

Movants Mission Bay Jet Sports, LLC, et al. and real parties in interest Haley Colombo and Jessica Slagel jointly move the Court for an order extending the time for real parties to file claims and answers to a date no later than 20 days after the date of the Court's final order on real parties' motion to dismiss the complaint for lack of subject matter jurisdiction.  This motion is made because the date now set for the filing of claims and answers, May 8, 2008, precedes the oral argument on the motion to dismiss, which is now set for May 30, 2008, and the filing of claims and answers will be unnecessary if the Court grants the motion to dismiss.

Dated:                                    s/ Thomas Tosdal
                                          Attorneys for Real Parties
                                          Email: ttosdal@tosdalsmith.com

1

CASE NO. 08cv0146JM(CAB)

1 | Dated:                                    s/ Sterling Stires
2 |                                            Attorneys for Movants
  |                                            Email: sstires@limandri.com

TOSDAL, SMITH, STEINER
& WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

2

CASE NO. 08cv0146JM(CAB)