```
THOMAS TOSDAL, ESQ.
State Bar No. 067834
TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone:  (619) 239-7200
Fax:  (619) 239-6048

Attorneys for Haley Colombo and Jessica Slagel
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC; ROBERT ADAMSON, individually and d.b.a. MISSION BAY SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>　　　　　　Movants. | CASE NO. 08cv0146JM(CAB)<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby declare and state:

I am over the age of eighteen years, employed in the city of San Diego, California, and not a party to the within action. My business address is 401 West A Street, Suite 320, San Diego, California.

On April 28, 2008, I served the within documents described as:

**JOINT MOTION TO CONTINUE DATE FOR FILING CLAIMS AND ANSWERS; ORDER**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

///

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1

CASE NO. 08cv0146JM(CAB)

1 | <u>Party</u>

2 | Rocky K Copley           Email:   rkcopley@rkc-rocklaw.com,
                                      l.beddoe@rkc-rocklaw.com
3 | (Attorneys for Mission Bay
    Jet Sports, LLC and Robert
4 | Adamson)

5 |
    Sterling J Stires        Email:   kdenworth@limandri.com,
6 |                                   sstires@limandri.com
    (Attorneys for Mission Bay
7 | Jet Sports, LLC and Robert
    Adamson)
8 |
         I declare under penalty of perjury under the laws of the
9 |
    State of California that the foregoing is true and correct.
10|
         Executed on April 28, 2008, at San Diego, California.
11|

12|
                                    *[signature]*
13|
                                    ELIZABETH DIAZ
14|

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048