```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                  SOUTHERN DISTRICT OF CALIFORNIA
10  IN THE MATTER OF THE         )   CASE NO. 08cv0146JM(CAB)
    COMPLAINT OF MISSION BAY JET )
11  SPORTS, LLC; ROBERT ADAMSON, )   ORDER
    individually and d.b.a.      )
12  MISSION BAY SPORTS, FOR      )
    EXONERATION FROM OR          )
13  LIMITATION OF LIABILITY,     )
                                 )
14              Movants.         )
                                 )
15
         Upon joint motion by the parties, and for good cause,
16
    IT IS ORDERED that the time for real parties in interest Haley
17
    Colombo and Jessica Slagel to file claims and answers in this
18
    matter is extended to a date no later than 20 days after this
19
    Court's final order on real parties' motion to dismiss the
20
    complaint for lack of subject matter jurisdiction.
21
22
    DATED:  May 5, 2008
23                                     _____
24                                     Hon. Jeffrey T. Miller
                                       United States District Judge
25
26
27
28

                                   1
                                                 CASE NO. 08cv0146JM(CAB)
```