```
 1  Rocky K. Copley, SBN 101628
    LAW OFFICE OF ROCKY K. COPLEY
 2  550 West "C" Street, Ste. 1150
    San Diego, CA 92101
 3  Tel: (619) 232-3131; Fax: (619) 232-1690

 4  Charles S. LiMandri, SBN 110841
    Sterling J. Stires, SBN 199218
 5  LAW OFFICES OF CHARLES S. LiMANDRI, APC
    P.O. Box 9120
 6  Rancho Santa Fe, California 92067
    Tel: (858) 759-9930; Fax: (858) 759-9938
 7
    Attorneys for Movants MISSION BAY JET SPORTS, LLC
 8  and ROBERT ADAMSON
```

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC; ROBERT ADAMSON, individually and d.b.a. MISSION BAY JET SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Limitation Petitioners. | CASE NO. 08cv0146 JM (CAB)<br><br>**DECLARATION OF ROBERT ADAMSON**<br><br><br>Dept.: 16<br>Magistrate: Hon. Cathy Ann Bencivengo<br>Judge: Hon. Jeffrey T. Miller |

I, ROBERT ADAMSON, do hereby declare the following:

1. I am the owner and president of Mission Bay Jet Sports, LLC (hereinafter referred to as "MBJS"), and owner of the personal watercraft vessel involved in the underlying accident in the above-captioned case. I am also one of the Limitation Petitioners in the above-captioned matter. I have personal knowledge of the facts stated herein, and I could and would accurately, honestly and competently testify to the facts stated herein should I be required to do so.

2. MBJS is in the business of renting out personal watercraft ("PWCs") to the public for use on Mission Bay, in San Diego, California. MBJS is only one of many commercial businesses that rent PWCs to the public for use on Mission Bay.

3.    The underlying accident in which Haley Colombo and Jessica Slagel were allegedly injured occurred on July 29, 2007, in Mission Bay, at the area known as the South Pacific Passage PWC area.

4.    During the summer months, such as July, MBJS typically rents out about eighty (80) PWCs per week to members of the public.

5.    Upon renting a PWC from MBJS, customers are instructed that they can operate the PWC in the designated PWC area, which is where the subject accident occurred. The designated PWC area is the preferred area to operate the PWCs because there is no speed limit, and no other vessels (ski boats, sail boats, motorboats) are allowed to operate in the PWC area; therefore the PWC operators do not have to navigate around other vessel traffic. Further, there is a large part of Mission Bay where vessels may only travel at 5 miles per hour or less.

6.    MBJS customers want to operate the commercially rented PWCs over 5 miles per hour when operating in Mission Bay because operating the PWC at a faster speed is part of the attraction of riding on a PWC. Further, MBJS customers, and other PWC operators prefer to operate the PWCs in the designated PWC area for the reasons stated in Paragraph 5. Therefore, should MBJS customers want to operate the PWC in the designated PWC area, they drive the rented PWC from the boat launch to the PWC area in Mission Bay.

7.    While in transit to the PWC area, customers must operate the vessel at or under 5 miles per hour. Only when the customers reach the PWC area can they operate the rented PWC over 5 miles per hour without other vessel traffic impeding their navigation.

8.    On Mission Bay, there are several other companies, along with MBJS, and hotels that rent PWCs to the public, including, but not limited to, Seaforth Boat Rentals, Mission Bay Catamaran Hotel, H2O Jet Ski Rentals, San Diego Jet Ski Rentals, Dana Inn & Marina, Mission Bay Hilton Hotel, Mission Bay Sportcenter, Get Wet Watersports LLC, and others.

9.    Prior to the subject accident, there have been other PWC accidents in the PWC area which have led to the temporary closure of the PWC area by the San Diego Lifeguard and/or by the Harbor Patrol. I have personally been present when the PWC area had been closed to PWC traffic by the Lifeguards and/or Harbor Patrol because of PWC accidents in the

area. I knew that the area had been closed to PWC traffic because the Lifeguard and/or Harbor Patrol had their vessels in the area, with flashing lights, and the Lifeguard and/or Harbor Patrol informed me that the area was closed. Further, MBJS has had customers inform me personally that the PWC area had been closed to PWC traffic because of an accident involving a PWC.

10. During the times that the PWC area has been closed, MBJS had to inform its customers that they could not operate the commercially rented PWCs in the preferred PWC area until such time that the Lifeguard and/or Harbor Police re-opened the PWC area.

11. Because potential customers of MBJS could not operate the commercially rented PWCs in the PWC area when the area was closed due to an accident, the potential customers have decided not to rent the PWCs during that time.

12. When the PWC area was closed due to an accident in the past, I personally observed, and was informed by MBJS customers, that the area was closed to all operation of commercially rented PWC traffic, as well as privately owned PWCs.

13. Therefore, PWC accidents, such as the subject accident, can lead to the closure of the PWC area, which has, and does, interrupt the business of commercially renting PWCs to the public by MBJS and the other local commercial PWC rental businesses.

14. If the PWC area was to be closed for a prolonged period, MBJS, and the rest of the commercial PWC rental businesses, would be significantly impacted in a negative way. This is because the commercially rented PWCs owned by MBJS, and those PWCs rented out by the other commercial PWC rental companies on or around Mission Bay, are operated within the designated and preferred PWC area on Mission Bay.

15. After the subject accident, the District Attorney of San Diego impounded the PWC that was involved in the subject accident. The District Attorney's office continues to be in possession of the subject PWC. Therefore, MBJS has not been able to rent out the PWC to the public. As the subject PWC has been rented out on a regular basis since MBJS obtained the PWC, the impounding of the subject PWC has definitely had a negative financial impact on MBJS. Should the subject PWC be unavailable for MBJS to rent out to the public during the

1  summer, this would certainly negatively impact MBJS's commercial PWC rental business
2  because it will have less business opportunities with the PWC out of service.
3         16.    Pursuant to the foregoing, accidents that occur within the PWC area, such as the
4  subject accident, have the potential of interrupting maritime commerce. Further, because the
5  subject PWC has been impounded by the District Attorney's office, the subject accident
6  currently has interrupted maritime commerce.
7         I declare under penalty of perjury under the laws of the State of California and the
8  United States that the foregoing is true and correct. Executed this __8__ day of May, 2008 at
9  San Diego, California.

                                            _____
                                            ROBERT ADAMSON, Declarant

---

4

DECLARATION OF ROBERT ADAMSON

CASE NO.: 08cv0146 JM (CAB)