# CERTIFICATE OF SERVICE

## In the Matter of the Complaint of Mission Bay Jet Sports, LLC

U.S. District Court Case No.:  08 CV 0146 JM (CAB)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **LIMITATION PETITIONERS' SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO HALEY COLOMBO AND JESSICA SLAGEL'S MOTION TO DISMISS COMPLAINT; and**

- **DECLARATION OF ROBERT ADAMSON.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

| | |
|---|---|
| Thomas Tosdal, Esq.<br>TOSDAL SMITH STEINER & WAX<br>401 West "A" Street, Ste. 320<br>San Diego, CA 92101<br>Tel: (619) 239-7200<br>Fax: (619) 239-6048<br>E-Mail: ttosdal@tosdalsmith.com<br>**Attorneys for Plaintiffs** | Rocky K. Copley, Esq.<br>LAW OFFICES OF ROCKY COPLEY<br>550 West "C" Street, Ste. 1150<br>San Diego, CA  92101<br>Tel:  (619) 232-3131<br>Fax: (619) 232-1690<br>E-Mail: rkcopley@rkc-rocklaw.com<br>**Attorneys for Mission Bay Jet Sports, LLC and Robert Adamson** |

■ **BY MAIL - as follows:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rancho Santa Fe, California in the ordinary course of business.  The envelope was sealed and placed for collection and mailing on this date following our ordinary practices.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

■ **BY ELECTRONIC MAIL - as follows:**  I served a true copy, electronically on designated recipients via electronic transmission of said documents.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on May 9, 2008, at Rancho Santa Fe, California.

Kathy Denworth