```
THOMAS TOSDAL, ESQ.
State Bar No. 067834
TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Fax: (619) 239-6048

Attorneys for Haley Colombo and Jessica Slagel
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC; ROBERT ADAMSON, individually and d.b.a. MISSION BAY SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Movants. | CASE NO. 08cv0146JM(CAB)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO DISMISS**<br><br>Date: May 30, 2008<br>Time: 1:30 p.m.<br>Courtroom: 16 |

I, Thomas Tosdal, declare:

1. My firm is counsel for Real Parties Haley Colombo and Jessica Slagel.

2. Attached to this declaration as Exhibit 6 in support of Real Parties' motion to dismiss is a true copy of the home page of the web page of Movant Mission Bay Jet Sports, which states its address on Napa Street as "near Mission Bay."

3. Attached to this declaration as Exhibit 7 are excerpts of the deposition of Officer Oliver regarding the sting operation involving Robert Adamson's delivery of a jet ski to Mission Bay without a permit.

4. Attached to this declaration as Exhibits 8.1 and 8.2 are true copies of web pages from a sampling of the other entities referred to in Robert Adamson's declaration as being "On Mission

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1

CASE NO. 08cv0146JM(CAB)

1  Bay," which pages show their location being other than on Mission
2  Bay.
3  I declare under penalty of perjury that the foregoing is true and
4  correct.  Executed on this 23d day of May 2008 at San Diego,
5  California.

/s/ Thomas Tosdal
Thomas Tosdal

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

2

CASE NO. 08cv0146JM(CAB)



Interested in Renting a Jet Ski? **Click here** for more info.

**About Us**

**Inventory**

**Rentals**

**Repairs**

**Contact Us**

### Welcome to Mission Bay Jet Sports Sales · Rentals ·Repairs · Pa

Imagine spending your next weekend at the ocean, having a wild time on a jet ski. Sounds fun and exiting, doesn't it? Don't wait. **Mission Bay Jet Sports** can make it happen. All it takes is a phone call.

We have a wide inventory of water vehicles on hand, including Sea-Doos and Wave Runners, service all brands and sell parts if you want to do the work yourself.





**Call Today!**

Parts & Repairs: 619-220-0335
5370 Napa Street
San Diego, CA 92110
(Near Mission Bay / Sea World)
Open 7 Days Daily · Weekly

   

Information & Reservations: 619-220-0334
Parts & Repairs: 619-220-0335

Exhibit 6

```
 1                                          CERTIFIED COPY
 2              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 3                  IN AND FOR THE COUNTY OF SAN DIEGO
 4
 5
 6       _____
                                            )
 7       HALEY COLOMBO, by and through      )
         her guardian ad litem Sam          )
         Colombo; JESSICA SLAGEL, by        )
 8       and through her guardian ad        )
         litem Joy Slagel,                  )
 9                                          )
                     Plaintiffs,            )
10                                          )
         vs.                                )   Case No. 37-2007-
11                                          )   00077350-CU-PO-CTL
         BRETT KOHL; MISSION BAY JET        )
12       SPORTS; ROBERT ADAMSON; DOES 1     )
         TO 15,                             )
13                                          )
                     Defendants.            )
14       _____)
15
16
17                     DEPOSITION OF RENE OLIVER
18                        SAN DIEGO, CALIFORNIA
19                     Tuesday, February 26, 2008
20
21
22
23       Reported by:  Vanessa R. Caparas, CSR No. 12231
24
25
                                                          DISK
                                                        ENCLOSED
             SCHULER COURT REPORTING - 858.518.1619              1

                           Exhibit  7
```

1  Mission Bay, what they will do is they will deliver
2  the personal watercraft to Mission Bay for the client.
3  And in a sense, they can -- because they're not paying
4  insurance, they can do that for half the price.  So
5  they're undercutting.
6         We've had a lot of training with the
7  off-site vendors about what is applicable to the law
8  and what they can and cannot do.  We speak on a
9  regular basis during this summer with both of our
10 on-site and off-site rental people for safety reasons
11 and reasons of -- you know, permit reasons and things
12 like that.
13     Q.   How would you characterize Mr. Adamson and
14 Mission Bay Jet Sports?  Is that an off-site or an
15 on-site rental service?
16     A.   That is an off-site.  And in years past, he
17 was actually cited or arrested for providing a service
18 to Mission Bay.
19     Q.   And do you know -- were you the arresting or
20 citing officer?
21     A.   I was part of that team.  We had set up and
22 had some undercover officers in a hotel room and asked
23 them to call up the ski rental places and say that, I
24 have a rental car.  I have no way of towing it.  Would
25 you bring it to the hotel.  And I believe Mr. Adamson

```
 1   is one of those people that provided that service.
 2        Q.   And about how long ago was that, do you
 3   recollect?
 4        A.   Five to ten years ago.
 5        Q.   And that's a violation of a city ordinance?
 6        A.   Yes.  In order to conduct business or
 7   provide a service in Mission Bay, you have to have a
 8   proper permit, which includes the double check on the
 9   insurance polices.  And these folks don't, so
10   therefore they're in violation of the local Municipal
11   Code section that says that you have to -- you may not
12   provide a service to Mission Bay Park without the
13   proper permits.
14        Q.   Did Mr. Adamson have a proper permit in July
15   of '07, to your knowledge?
16        A.   No, but he wouldn't need to -- well, no.
17        Q.   He wouldn't need to because?
18        A.   He was -- his business or a function of his
19   business, if he had delivered those skis to the bay as
20   part of a business deal with a client, the
21   transaction, even though it occurs off-site -- but
22   you're still providing a service when you deliver the
23   skis.  In my opinion, because it was an after-hour
24   thing, there was no monetary transaction, it's a perk
25   of the business.  That may be --
```

```
 1      Q.   A gray area?
 2      A.   A gray area.  I'm sorry.  I don't know.  I
 3   don't have that expertise.
 4      Q.   Okay.  So in order to provide a service in
 5   Mission Bay, one needs a permit from the City?
 6      A.   Yes.
 7      Q.   Where does one get the permit?
 8      A.   I don't know.
 9      Q.   And he -- and Mission Bay Sports in July of
10   '07 did not have a permit to do so?
11      A.   No.
12      Q.   And you mentioned that you have these
13   meetings with the off-site rental people.  Did that
14   include Mr. Adamson?
15      A.   Uh-huh.
16      Q.   Yes?
17      A.   Yes.
18      Q.   What kind of things did you talk to those
19   off-site people, including Mr. Adamson, about before
20   this July '07 incident?
21      A.   I've had numerous contacts with Mr. Adamson.
22      Q.   About what?
23      A.   When his vessels are involved in an
24   accident, I'll call him directly to tell him so he can
25   have somebody come down and evaluate the situation,
```

**Maps**

🖨 **Print**   ✉ **Email**   ∞ **Link to this page**

### Gettin Wet Jet Ski Rental
4 reviews

1666 Garnet Avenue Suite 610
San Diego, CA 92109-3116
(858) 729-3305

Get Directions: To here - From here
Edit

View Larger Map

★★★★☆ **Expensive** - Ralph B. - Jul 1, 2005
This is a very good business with good vehicles and fun times. However the prices are very high but then again all **jet ski rental** places are. Its a good place to rent and you will ...
More from Insiderpages.com »

★★★★☆ **Expensive** - Albert L. - Aug 21, 2005
This place is great but the price is expensive. Anyway renting **jet ski** are always expensive but for the fun you are going to have on it, it is totally worth it. ...
More from Judysbook.com »

**Web Pages**

San Diego Boat **rentals**
... Gettin Wet **Jet Ski Rental**. 1905 Grand Avenue, San Diego, CA 92109 - 7.7 miles. Ralph B This is a very good business with good vehicles and fun times. However the prices are very high but then again all **jet ski rental** places are. Its ...
www.insiderpages.com/s/CA/SanDiego/BoatRentals

San Diego, CA - a2zCity : Page-58
... Gettin Wet **Jet Ski Rental** 1905 Grand Avenue San Diego, CA 92109 Phone : (858) 729-3305 Boat Dealers ...
www.a2zcity.com/San+Diego_CA/index-58.php

©2008 Google

Exhibit 8.1

http://maps.google.com/maps?sourceid=navclient&ie=UTF-8&rls=HPND,HPND:2006.40    5/22/2008



## Best Rates in San Diego!

**San Diego Jet Ski Rental** provides jet ski rentals and more. There is nothing finer than the feeling of th[e wind] rushing through your hair as you bounce across the ocean on a loud, powerful engine. Requiring only min[imal] training, jet skis are the ultimate in ocean excitement. Forget the shark cages - all you need for an unforg[ettable] San Diego experience is San Diego Jet Ski Rental!

We also provide several other motor sports services. We can provide you with off-road equipment that wi[ll] guarantee you an adrenaline-packed good time. You haven't seen Southern California until you have seen [someone] whizzing by you as you catch 'big air' on your dirt-bike rental. If you want a good time guarantee, please visit us as soon as possible. We've got jet skis and jet boats galore!

- Lowest Price Guaranteed
- Daily, Weekend & Weekly Rates
- Group Rates
- Tours Available / VIP Tours / Company Parties
- Mission Bay / Oceanside Harbor

**San Diego Jet Ski Rental**
1636 Grand Avenue
San Diego, CA 92109
(858) 272-6161
(760) 310-0306

powered by:
YELLOWPAGES.COM

Sign In

Exhibit 8.2

http://www.sandiegojetskirental.com/　　　　　　　　　　　　　　　　　5/23/2008