THOMAS TOSDAL, ESQ.
State Bar No. 067834
TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Fax: (619) 239-6048

Attorneys for Haley Colombo and Jessica Slagel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC; ROBERT ADAMSON, individually and d.b.a. MISSION BAY SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Movants. | CASE NO. 08cv0146JM(CAB)<br><br>**REAL PARTIES' OBJECTIONS TO EVIDENCE PROFERRED BY MOVANTS**<br><br>Date: May 30, 2008<br>Time: 1:30 p.m.<br>Courtroom: 16 |

Real Parties Haley Colombo and Jessica Slagel object to evidence proferred by Movants as follows:

1. Real Parties object to those parts of Officer Oliver's vessel accident report and deposition testimony which do not reflect her personal observations on the grounds of no foundation and hearsay.

2. Real Parties object to those parts of Officer Oliver's vessel accident report and deposition testimony in which she opines that Kohl maneuvered the jet ski to intentionally throw off the Real Parties on the grounds of no foundation and speculation.

3. Real Parties object to the references to customer desires, preferences, and thought processes in paragraphs 6 and 11 of Robert Adamson's declaration on the grounds of no foundation, speculation, and hearsay.

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1

CASE NO. 08cv0146JM(CAB)

1 | 4. Real Parties object to paragraph 16 of Robert Adamson's
2 | declaration on the grounds of no foundation and impermissible
3 | legal conclusion.
4 | Dated:                          /s/ Thomas Tosdal
                                    Thomas Tosdal
5 |                                 Attorneys for Real Parties

TOSDAL, SMITH, STEINER
& WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

2

CASE NO. 08cv0146JM(CAB)