1 THOMAS TOSDAL, ESQ.
State Bar No. 067834
2 TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
3 San Diego, CA 92101-4508
Telephone: (619) 239-7200
4 Fax: (619) 239-6048

5 Attorneys for Haley Colombo and Jessica Slagel

6

7

8                 UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10 IN THE MATTER OF THE              ) CASE NO. 08cv0146JM(CAB)
   COMPLAINT OF MISSION BAY JET      )
11 SPORTS, LLC; ROBERT ADAMSON,      ) SUPPLEMENTAL DECLARATION
   individually and d.b.a. MISSION BAY ) OF HALEY COLOMBO
12 SPORTS, FOR EXONERATION FROM)
   OR LIMITATION OF LIABILITY,       ) Date: May 30, 2008
13                                   ) Time: 1:30 p.m.
                 Movants.            ) Courtroom: 16
14 _____)

15 I, Haley Colombo, declare:

16 1. I am one of the injured plaintiffs in this case.

17 2. I was injured within the special use PWC area of Mission Bay Park when I was

18 thrown off a jet ski being driven by Brett Kohl. That special use PWC area is east of

19 and separated by buoys from an area called the South Pacific Passage. The special

20 use PWC area where I was injured is shown on the map of Mission Bay. (Exhibit 1 to

21 the motion). When I was injured, the jet ski, Kohl, Jessica Slagel, and I were some

22 distance away (to the east) from the line of buoys that mark the entrance to the special

23 use area.

24 3. The Coast Guard did not come to the scene of the incident at any time that I was

25 there. I was not "rescued." After I was injured, I was given a ride to the shore of the

26 special use PWC area on the jet ski driven by Brett Kohl. I received medical treatment

27 on the shore of the special use PWC area and was taken from there to the hospital in

28

1  an ambulance.

2      I declare under penalty of perjury that the foregoing is true and correct.

3  Executed on this 19TH day of May, 2008, at Arcadia, California.

4

5                                         */s/ Haley Colombo*
                                       Haley Colombo

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28