1  THOMAS TOSDAL, ESQ.
   State Bar No. 067834
2  TOSDAL, SMITH, STEINER & WAX
   401 West A Street, Suite 320
3  San Diego, CA 92101-7911
   Telephone:  (619) 239-7200
4  Fax:  (619) 239-6048

5  Attorneys for Haley Colombo and Jessica Slagel

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10 IN THE MATTER OF THE          )     CASE NO. 08cv0146JM(CAB)
   COMPLAINT OF MISSION BAY JET  )
11 SPORTS, LLC; ROBERT ADAMSON,  )     DECLARATION OF JOHN
   individually and d.b.a.       )     EVERHART
12 MISSION BAY SPORTS, FOR       )
   EXONERATION FROM OR           )
13 LIMITATION OF LIABILITY,      )
                                 )
14              Movants.         )
   _____)

15

16 I, John Everhart, declare:

17 1.  I am employed as a Lifeguard Sergeant in the Lifeguard

18 Services Division of the City of San Diego's Fire-Rescue

19 Department.  I have been employed by the Lifeguard Services since

20 1984, and since 1988 I have been predominantly assigned to the

21 Boating Safety Unit on Mission Bay.

22 2.  In that capacity, I have no personal knowledge of any water

23 closures on Mission Bay as the result of a vessel accident.

24 There have been temporary restrictions of specific areas during

25 accident investigations immediately after vessel accidents in

26 order to transport injured persons, collect accident-related

27 evidence, or evaluate specific hazards.  I am unaware of any such

28 closures or temporary restrictions of specific areas in the South

TOSDAL SMITH STEINER
A WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

                               1

                                        CASE NO. 08cv0146JM(CAB)

1  Pacific Passage waters of Mission Bay, including within the

2  personal watercraft special use area.  It is likely that, if a

3  closure had occurred in Mission Bay due to a vessel accident

4  after 1988, I would have been made aware of it in my capacity as

5  Lifeguard Sergeant for the Boating Safety Unit.

6      I declare under penalty of perjury that the foregoing is

7  true and correct.  Executed on this 22 day of May 2008 at San

8  Diego, California.

9

10

11

12                                          Sgt. John Everhart

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TOSDAL, SMITH, STEINER
& WAX
431 West A Street, Suite 330
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

                                    2

                              CASE NO. 08cv0146JM(CAB)