THOMAS TOSDAL, ESQ.
State Bar No. 067834
TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4598
Telephone: (619) 239-7200
Fax: (619) 239-6048

Attorneys for Haley Colombo and Jessica Slagel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE COMPLAINT OF MISSION BAY ) CASE NO. 08cv0146JM(CAB)
JET SPORTS, LLC; ROBERT ADAMSON, individually )
and d.b.a. MISSION BAY SPORTS, FOR EXONERATION ) SUPPLEMENTAL DECLARATION OF JESSICA SLAGEL
FROM OR LIMITATION OF LIABILITY, )
) Date: May 30, 2008
Movants. ) Time: 1:30 p.m.
) Courtroom: 16

I, Jessica Slagel, declare:

1. I am one of the injured plaintiffs in this case.

2. I was injured within the special use PWC area of Mission Bay Park when I was thrown off a jet ski being driven by Brett Kohl. The special use PWC area is east of an area called the South Pacific Passage. The special use PWC area where I was injured is shown on the map of Mission Bay. (Exhibit 1 to the motion). When I was injured, the jet ski, Kohl, Haley Colombo, and I were a substantial distance away from the line of buoys that separate the special use area from the South Pacific Passage area.

3. The Coast Guard did not come to the scene of the incident at any time that I was there. I was not rescued. After I was injured, I was given a ride to the shore of the special use PWC area on a jet ski driven by a friend of the family named Jason Adams. I received medical treatment on the shore of the special use PWC area and was taken from there to the hospital in an ambulance.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21 day of May, 2008, at Arcadia, California.

1

CASE NO. 08cv0146JM(CAB)

*Jessica Slagel* (signature)
Jessica Slagel

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

CASE NO. 08cv0146JM(CAB)