THOMAS TOSDAL, ESQ.
State Bar No. 067834
TOSDAL, SMITH, STEINER & WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone:  (619) 239-7200
Fax:  (619) 239-6048

Attorneys for Haley Colombo and Jessica Slagel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC; ROBERT ADAMSON, individually and d.b.a. MISSION BAY SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>                    Movants. | CASE NO. 08cv0146JM(CAB)<br><br>SUPPLEMENTAL DECLARATION OF JESSICA SLAGEL<br><br>Date: May 30, 2008<br>Time: 1:30 p.m.<br>Courtroom: 16 |

I, Jessica Slagel, declare:

1.  I am one of the injured plaintiffs in this case.

2.  I was injured in the special use PWC area of Mission Bay Park when I was thrown off a jet ski being driven by Brett Kohl.  The special use PWC area is east of an area called the South Pacific Passage on the map of Mission Bay.  The special use PWC area where I was injured is also shown on the map of Mission Bay. (Exhibit 1 to the motion).  When I was injured, the jet ski, Kohl, Haley Colombo, and I were a substantial distance away from the line of buoys that separate the special use area from the South Pacific Passage area.

3.  The Coast Guard did not come to the scene of the incident at any time that I was there.  I was not "rescued."  After I was injured, I was given a ride to the shore of the special use PWC

TOSDAL, SMITH, STEINER
& WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1

CASE NO. 08cv0146JM(CAB)

1  area on a jet ski driven by a friend of the family named Jason

2  Adame. I received medical treatment on the shore of the special

3  use PWC area and was taken from there to the hospital in an

4  ambulance.

5      I declare under penalty of perjury that the foregoing is

6  true and correct. Executed on this ___ day of May, 2008, at

7  Arcadia, California.

8

9                                    _____

10                                   Jessica Slagel

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

TOSDAL, SMITH, STEINER
& WAX
600 B Street, Suite 2100
San Diego, CA 92101-4508
Telephone: (619) 239-7200
Facsimile: (619) 239-6048
28

CASE NO. 08cv0146JM(CAB)