THOMAS TOSDAL, ESQ.
State Bar No. 067834
TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Fax: (619) 239-6048

Attorneys for Haley Colombo and Jessica Slagel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC; ROBERT ADAMSON, individually and d.b.a. MISSION BAY SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Movants. | CASE NO. 08cv0146JM(CAB)<br><br>SUPPLEMENTAL DECLARATION OF RICK STROBEL<br><br>Date: May 30, 2008<br>Time: 1:30 p.m.<br>Courtroom: 16 |

I, Rick Strobel, declare:

1. I am employed as a Lifeguard Sergeant in the Lifeguard Services Division of the City of San Diego's Fire-Rescue Department. I have been employed in the Lifeguard Services Division for approximately sixteen (16) years. I am currently assigned as Supervisor of the Boating Safety Unit, with a total of seven years of experience in this Unit.

2. I have personal knowledge of the facts stated in this declaration and would testify to these facts if called to do so.

3. The special use personal watercraft (PWC) area, which is located at the eastern end of the South Pacific Passage of Mission Bay Park, does not have any buildings, structures, docks, wharfs, or commercial establishments at or on its shores. This

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1

CASE NO. 08cv0146JM(CAB)

1  special use PWC area is surrounded by land on three sides.
2  Essentially, the special use PWC area is a cul-de-sac, which
3  cannot serve as a water passage to anywhere else. The only
4  watercraft activity that occurs and is permitted in the special
5  use PWC area is by personal watercraft, which are defined as jet
6  powered craft that are 13 or fewer feet in length. Boats, ships,
7  barges, and other craft do not use and are not permitted to use
8  the special use PWC area.
9  4.   The entrance to the special use PWC area is marked by a
10 string of buoys, which announce that the area is limited to use
11 by personal watercraft. To the west of the buoys is an area of
12 water called the South Pacific Passage. The entire South Pacific
13 Passage is a "no wake" zone in which speeds are limited to 5 mph
14 or less if necessary to avoid the creation of any "wake" or wave
15 action.  The maximum depth of water in the South Pacific Passage
16 is eight to ten feet.
17 5.   Container, cargo, and commercial passenger ships do not
18 enter or use any part of Mission Bay.  And there is no location,
19 dock, or wharf in Mission Bay at which cargo and passengers from
20 a commercial passenger ship can be off-loaded. Unlike San Diego
21 Bay, there is no pilot escort available in Mission Bay to guide
22 commercial shipping to a berth.
23 6.   All of the personal watercraft rental agencies which rent
24 "jet skis" for personal use are located outside the boundaries of
25 ///
26 ///
27 ///
28 ///

TOSDAL, SMITH, STEINER
& WAX
401 West A Street, Suite 320
San Diego, CA  92101-1400
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1 | the Mission Bay Park.  Those boundaries are shown on the map of
2 | the park that I am told was previously filed with the Court.
3 |     I declare under penalty of perjury that the foregoing is
4 | true and correct.  Executed on this 20th day of May 2008 at San
5 | Diego, California.

_____
Sgt. Rick Strobel

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

3

CASE NO. 08cv0146JM(CAB)