```
THOMAS TOSDAL, ESQ.
State Bar No. 067834
TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone:  (619) 239-7200
Fax:  (619) 239-6048

Attorneys for Haley Colombo and Jessica Slagel
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC; ROBERT ADAMSON, individually and d.b.a. MISSION BAY SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Movants. | CASE NO. 08cv0146JM(CAB)<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby declare and state:

I am over the age of eighteen years, employed in the city of San Diego, California, and not a party to the within action. My business address is 401 West A Street, Suite 320, San Diego, California.

On May 23, 2008, I served the within documents described as:

Supplemental Declaration of Jessica Slagel;
Supplemental Declaration of Jessica;
Declaration of John Everhart;
Supplemental Declaration of Rick Strobel;
Supplemental Declaration of Haley Colombo;
Declaration of Counsel in Support of Motion to Dismiss;
Real Parties' Objections to Evidence Proffered by Movant;
Real Parties' Supplemental Memorandum in Support of Motion to Dismiss;

on the following parties by electronically filing the foregoing

CASE NO. 08cv0146JM(CAB)

1

with the Clerk of the District Court using its ECF System, which electronically notifies them.

Party

Rocky K Copley          Email:   rkcopley@rkc-rocklaw.com,
                                 l.beddoe@rkc-rocklaw.com
(Attorneys for Mission Bay Jet Sports, LLC and Robert Adamson)

Sterling J Stires       Email:   kdenworth@limandri.com,
                                 sstires@limandri.com
(Attorneys for Mission Bay Jet Sports, LLC and Robert Adamson)

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Executed on May 23, 2008, at San Diego, California.

                                        _____
                                        FRANK CHANG

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

2

CASE NO. 08cv0146JM(CAB)