# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Mission Bay Jet Sports, LLC, Robert Adamson

V.

Unknown, H.C., J.S.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv146 JM (CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The court concludes that Movants fail to establish admiralty jurisdiction. Consequently, the court dismisses the complaint for lack of subject matter jurisdiction.

| June 30, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/M. Zvers
(By) Deputy Clerk
ENTERED ON June 30, 2008