# UNITED STATES DISTRICT COURT

FOR THE __SOUTHERN__ DISTRICT OF __CALIFORNIA__

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __08-56142__   U.S. District Court Case No. __08cv00146 JM CAB__

Short Case Title __In re: Mission Bay Jet Sports, LLC__
(Include Name of Specific Defendants in Criminal Cases)

Date Notice of Appeal Filed by Clerk of District Court __07/09/08__

**FILED**
08 JUL 15 PM 2:52
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ECL DEPUTY

---

**SECTION A** — To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| 06/06/08 | Debra Henson | Other (please specify) Motion to Dismiss (See Attached) |

(attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(XX) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __July 15, 2008__

Type or Print Name __Sterling J. Stires, Esq.__

Signature of Attorney __[signature]__   Phone Number __(858) 759-9930__

Address: __Law Offices of Charles S. LiMandri, APC, P.O. Box 9120, Rancho Santa Fe, CA 92067__

---

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. District Court at (619) 557-6368.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

## CERTIFICATE OF SERVICE

### In the Matter of the Complaint of Mission Bay Jet Sports, LLC

U.S. District Court Case No.:  08 CV 0146 JM (CAB)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **TRANSCRIPT DESIGNATION AND ORDERING FORM.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

Thomas Tosdal, Esq.
TOSDAL SMITH STEINER & WAX
401 West "A" Street, Ste. 320
San Diego, CA 92101
Tel: (619) 239-7200
Fax: (619) 239-6048
E-Mail: ttosdal@tosdalsmith.com
**Attorneys for Plaintiffs**

Rocky K. Copley, Esq.
LAW OFFICES OF ROCKY COPLEY
550 West "C" Street, Ste. 1150
San Diego, CA  92101
Tel:  (619) 232-3131
Fax:  (619) 232-1690
E-Mail: rkcopley@rkc-rocklaw.com
**Attorneys for Mission Bay Jet Sports, LLC and Robert Adamson**

Paul Kissel, Esq.
BORTON PETRINI, LLP
1320 Columbia Street, Ste. 210
San Diego, CA 92101
Tel:  (619) 232-2424
Fax:  (619) 531-0794
**Attorneys for Defendant Brett Kohl**

■   **BY MAIL - as follows:**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rancho Santa Fe, California in the ordinary course of business.  The envelope was sealed and placed for collection and mailing on this date following our ordinary practices.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    **BY ELECTRONIC MAIL - as follows:**  I served a true copy, electronically on designated recipients via electronic transmission of said documents.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on July 15, 2008, at Rancho Santa Fe, California.

Kathy Denworth