Charles S. LiMandri, SBN 110841
Sterling J. Stires, SBN 199218
LAW OFFICES OF CHARLES S. LiMANDRI, APC
P.O. Box 9120
Rancho Santa Fe, California 92067
Tel: (858) 759-9930; Fax: (858) 759-9938

Rocky K. Copley, SBN 101628
LAW OFFICE OF ROCKY K. COPLEY
550 West "C" Street, Ste. 1150
San Diego, CA 92101
Tel: (619) 232-3131; Fax: (619) 232-1690

Attorneys for Movants MISSION BAY JET SPORTS, LLC
and ROBERT ADAMSON

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC; ROBERT ADAMSON, individually and d.b.a. MISSION BAY JET SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Limitation Petitioners. | CASE NO. 08cv0146 JM (CAB)<br><br>**LIMITATION PETITIONERS, MISSION BAY JET SPORTS, LLC AND ROBERT ADAMSON'S, NOTICE OF MOTION AND MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL**<br><br>Date: August 29, 2008<br>Time: 1:30 p.m.<br>Dept.: 16<br>Magistrate: Hon. Cathy Ann Bencivengo<br>Judge: Hon. Jeffrey T. Miller |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:**

PLEASE TAKE NOTICE that on **AUGUST 29, 2008 at 1:30 p.m.** in Department 16 of the above-referenced Court, located at 940 Front Street, Suite 4290, San Diego, CA 92101, Limitation Petitioners, MISSION BAY JET SPORTS, LLC and ROBERT ADAMSON, individually and doing business as MISSION BAY JET SPORTS (hereinafter collectively referred to as "MISSION BAY JET SPORTS"), will, and hereby does, move this Court for an order staying enforcement of the judgment in the above-captioned matter pending the appeal by MISSION BAY JET SPORTS of the Court's Order granting real parties' in interest Motion to Dismiss.

This motion is made and based upon this Notice of Motion and Motion, upon the accompanying Memorandum of Points and Authorities, upon all records, papers, and documents in the file, and upon oral and documentary evidence to be produced at the hearing.

LAW OFFICES OF CHARLES S. LiMANDRI, APC

DATED: July 18, 2008     By:     /s/ Sterling J. Stires
                                 Sterling J. Stires, Esq., and
                                 Law Offices of Rocky K. Copley, Esq.
                                 Attorneys for Plaintiffs MISSION BAY JET
                                 SPORTS, LLC and ROBERT ADAMSON