### CERTIFICATE OF SERVICE

### In the Matter of the Complaint of Mission Bay Jet Sports, LLC

U.S. District Court Case No.: 08 CV 0146 JM (CAB)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- LIMITATION PETITIONERS, MISSION BAY JET SPORTS, LLC AND ROBERT ADAMSON'S, NOTICE OF MOTION AND MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL; and

- MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF LIMITATION PETITIONERS, MISSION BAY JET SPORTS, LLC AND ROBERT ADAMSON'S, MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING APPEAL [F.R.A.P. 8].

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

Thomas Tosdal, Esq.
TOSDAL SMITH STEINER & WAX
401 West "A" Street, Ste. 320
San Diego, CA 92101
Tel: (619) 239-7200
Fax: (619) 239-6048
E-Mail: ttosdal@tosdalsmith.com
**Attorneys for Plaintiffs**

Rocky K. Copley, Esq.
LAW OFFICES OF ROCKY COPLEY
550 West "C" Street, Ste. 1150
San Diego, CA 92101
Tel: (619) 232-3131
Fax: (619) 232-1690
E-Mail: rkcopley@rkc-rocklaw.com
**Attorneys for Mission Bay Jet Sports, LLC and Robert Adamson**

Paul Kissel, Esq.
BORTON PETRINI, LLP
1320 Columbia Street, Ste. 210
San Diego, CA 92101
Tel: (619) 232-2424
Fax: (619) 531-0794
**Attorneys for Defendant Brett Kohl**

■ **BY MAIL - as follows:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rancho Santa Fe, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

■ **BY ELECTRONIC MAIL - as follows:** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on July 18, 2008, at Rancho Santa Fe, California.

_____
Kathy Denworth