**FILED** AUG 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _HUC_ DEPUTY

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

AUG 11 2008

FILED _____
DOCKETED _____
DATE _____ INITIAL

W. Samuel Hamrick, Jr.
Clerk of Court

To: Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

Re: USCA No: 08-56142
USDC No: 08cv146 JM (CAB)
**Mission Bay Jet Sports LLC et al v. Colombo et al**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

|   | Item |   | Item |
|---|---|---|---|
|   | Copy of the Notice of Appeal |   | Docket Entries |
|   | Case Information/Docket Fee Payment Notification Form | | |
|   | Order for Time Schedule (Criminal) | | |
|   | Original Clerk's Record in ___ set(s) of ___ volume(s). | | |
|   | Reporter's transcript's transcripts in ___ set(s) of ___ volume(s). | | |
|   | Clerk's supplemental record in ___ set(s) of ___ volume(s). | | |
|   | Exhibits in ___ envelope(s) ___ box(es) ___ folders(s) | | |
|   | Judgement Order  **OR** |   | F/P Order |
|   | CJA Form 20  **OR** |   | Minute Order |
| ✘ | Certificate of Record  **OR** |   | Mandate Return |
|   | Amended docket fee notification form | | |
|   | Order Appointing Counsel for Appeal | | |
| ✘ | Please acknowledge on the enclosed copy of this transmittal | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _A. Rowland_
Angela Rowland, **Deputy**

Date:   08/06/08