FILED
2009 SEP -9 PM 3:19
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MISSION BAY JET SPORTS, LLC, A CALIFORNIA LIMITED LIABILITY CORPORATION; AND ROBERT ADAMSON, INDIVIDUALLY AND DOING BUSINESS AS MISSION BAY JET SPORTS, FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Limitation Petitioners. | Case No. 08 CV 0146 JM (CAB)<br><br>GRANTING CLAIMANTS BOMBARDIER RECREATIONAL PRODUCTS INC. AND BRP US INC.'S MOTION TO ENLARGE TIME TO FILE ANSWER AND CLAIM<br><br>Judge: Hon. Jeffrey T. Miller |

Having considered the motion of Bombardier Recreational Products Inc. and BRP US Inc. ("Bombardier"), the Court hereby grants the motion and allows Bombardier's Answer and Claim for Exoneration From or Limitation of Liability to be filed this date.

Dated: 9/01, 2009

Hon. Jeffrey T. Miller
Judge, United States District Court

Answer & Claim deemed filed 8/21/09
/s/ Miller

Answer of Mission Bay & Adamson filed
of 8/21/09
/s/ Miller

[PROPOSED ORDER] GRANTING CLAIMANTS BOMBARDIER AND BRP'S MOTION TO ENLARGE TIME TO FILE ANSWER/CLAIM

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Diego

BR30-0000060
3567505.1